FILED

2003 DEC -3  P 2: 00

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY,<br>          PLAINTIFF, | : | CIVIL ACTION<br>NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK,<br>CHRISTOPHER PLUMMER,<br>NEW ENGLAND EQUITY, INC.,<br>CHARLES J. IRVING,<br>RAMONA E. DESALVO, AND<br>MERRILL LNCH PIERCE FENNER &<br>SMITH, INC.,<br>          DEFENDANTS. | : | DECEMBER 2, 2003 |

## REVISED MOTION TO AMEND COURT ORDER

The defendant, Ramona E. DeSalvo (hereinafter "DeSalvo"), hereby moves the

court for permission to revise her Motion to Amend Court Order by Consent dated

November 25, 2003. The Motion to Amend Court Order by Consent should be revised

to state that the plaintiff does not consent to the granting of defendant DeSalvo being

included in the arbitration.

On December 1, 2003, plaintiff's counsel, Attorney Rudolf J. DiMassa telephoned

my office to state his opposition to DeSalvo being included in the arbitration

proceedings. In speaking with Attorney DiMassa on a prior occasion it was understood

that the court did not order DeSalvo to be involved in the arbitration. At that time,

Attorney DiMassa stated that if the court ordered DeSalvo to be included in the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0082
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

arbitration, he would agree to it.  However, on December 1, 2003, Attorney DiMassa stated that he is opposed to have DeSalvo included in the arbitration due to the delay it would cause in the arbitration proceedings.

The court ordered defendants Clark, Plummer, New England Equity, and Merrill Lynch to participate in arbitration through its Ruling On Motions To Dismiss and For Other Relief dated March 25, 2003.  The arbitration still has not taken place a full eight months since the court order.  Moreover, one of the parties to the arbitration, Merrill Lynch, obtained an extension of time for which to answer until January 5, 2004.  Adding DeSalvo to the proceedings will not delay the proceedings nor will it cause undue hardship on the parties.

The undersigned defendant, having already filed her Motion to Amend Court Order by Consent, hereby reaffirms and restates her position with the exception that the plaintiff does not consent.

WHEREFORE, for the reasons stated in the Motion to Amend Court Order by Consent dated November 25, 2003, with the exception that the plaintiff does not consent, defendant's Motion to Amend should be granted thus including her in the court-ordered arbitration, and thus providing her the same arbitration-related defenses as the defendants Merrill Lynch, Clark, Plumber and New England Equity.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPECTFULLY SUBMITTED,
RAMONA E. DESALVO, ESQ.

By _____
    David G. Hill
    Fed. Bar #ct 13435
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103
    **Her Attorneys**

-3-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

<u>CERTIFICATION</u>

This is to certify that on this 2nd day of December 2003, I hereby mailed a copy of the foregoing to:

Rudolph J. DiMassa, Esq.
DiMassa and Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA 19107
**For Stamford Holding Company**

William J. O'Sullivan
Baker O'Sullivan & Bliss PC
Putnam Park
100 Great Meadow Rd.
Suite 100
Wethersfield, CT 06109-2355
**For Maureen Clark**

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
One Lewis St.
Hartford, CT 06103
**For Stamford Holding Company**

Douglas H. Riblet, Esq.
Curtin & Heefner
P. O. Box 217
Morrisville, PA 19067-0217
**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Ryan P. Barry
Sabia & Hartley, LLC
190 Trumbull St.
Suite 202
Hartford, CT 06103-2205
**For Christopher Plummer and New England Equity, Inc.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen & Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
**For Charles J. Irving, Esq.**

Edward R. Scofield
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
**For Charles J. Irving, Esq.**

David J. Elliott, Esq.
Michael P. Shea, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc.**

490593.1(HSFP)

David G. Hill

-4-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105