UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION No. |
| | : | 3:02 CV01236 (CFD) |
| vs. | : | |
| | : | |
| MAUREEN CLARK, | : | |
| CHRISTOPHER PLUMMER, | : | |
| NEW ENGLAND EQUITY INC., | : | |
| CHARLES J. IRVING, | : | |
| RAMONA E. DeSALVO, AND | : | |
| MERRILL LYNCH PIERCE FENNER | : | |
| & SMITH, INC. | : | |

PLAINTIFF'S ANSWER CONTRA DEFENDANT DeSALVO'S
MOTION TO AMEND COURT ORDER BY CONSENT

Defendant's allegation and averment that "Plaintiff consents to the granting of this Motion." is false and known to be false when made.

The Ruling of the Honorable Christopher F. Droney on Defendants' Motions (including DeSalvo's) is dated March 25, 2003. Said Ruling excludes Defendant DeSalvo from arbitration. The NASD Arbitration is currently proceeding against the various Defendants that were granted arbitration. Defendant DeSalvo's Motion is stale, dilatory and prejudicial to the orderly progress of the on-going arbitration proceedings.

Incidentally, Defendants (including DeSalvo) continue to "beat a dead horse" in that past proceedings have nothing to do with this Plaintiff's cause of action for the losses visited upon IT by Defendants.

Accordingly, Plaintiff prays that this Honorable Court deny and dismiss Defendant DeSalvo's Motion to Amend the Court Ruling of March 25, 2003.

STAMFORD HOLDING COMPANY

By: _____
Rudolph J. Di Massa,
Fed. Bar No. ct24123
DI MASSA ASSOCIATES LTD
1305 Locust Street-Fourth Floor
Philadelphia, PA 19107
Tel: (215) 545-4333

## CERTIFICATION OF SERVICE

I hereby certify that on December 2, 2003, I served Plaintiff's Answer Contra Defendant DeSalvo's Motion to Amend Court Order by Consent in the above-captioned matter this date via U.S. mail, postage prepaid on the following:

**Lauren C. Gould, Esquire**
Bingham McCutchen
399 Park Avenue
New York, NY 10022-4689
**Attorney for Merrill Lynch**

**Ryan P. Barry, Esquire**
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205
**Attorney for Plummer and New England**

**Edward R. Scofield, Esquire**
Zeldes, Needle & Cooper
1000 Lafayette Boulevard, Suite 500
P.O. Box 1740
Bridgeport, CT 06601-1740
**Attorney for Charles J. Irving, Esquire**

**William J. O'Sullivan, Esquire**
Baker O'Sullivan & Bliss PC
Putnam Park
100 Great Meadow Road, Suite 100
Wethersfield, CT 06109-2355
**Attorney for Maureen Clark**

**David G. Hill, Esquire**
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
**Attorney for Ramona E. DeSalvo**

**DI MASSA ASSOCIATES LTD**

By: _____
Rudolph J. Di Massa