



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAMFORD HOLDING COMPANY,<br>　　　　　　PLAINTIFF, | CIVIL ACTION<br>NO. 3:02CV1236(CFD) |
| V. | |
| MAUREEN CLARK,<br>CHRISTOPHER PLUMMER,<br>NEW ENGLAND EQUITY, INC.,<br>CHARLES J. IRVING,<br>RAMONA E. DESALVO, AND<br>MERRILL LNCH PIERCE FENNER &<br>SMITH, INC.,<br>　　　　　　DEFENDANTS. | NOVEMBER 25, 2003 |

*[handwritten margin note: Granted by agreement, so ordered. USDJ 12/4/03]*

## MOTION TO AMEND COURT ORDER BY CONSENT

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the defendant, Ramona E. DeSalvo (hereinafter "DeSalvo"), hereby moves the court to amend its order for arbitration dated March 25, 2003, specifically to include the moving defendant in said arbitration. For the reasons set forth below, DeSalvo is a proper party who should be included in the arbitration. In addition, plaintiff consents to the granting of this motion.

### I. Procedural History

This case was originally filed in the Eastern District of Pennsylvania and assigned to United States District Judge Robert F. Kelly. Judge Kelly transferred the case to this Court pursuant to 28 U.S.C. § 1404(a) in a memorandum order. Judge

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0082
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105