*DENIED without prejudice to renewal after new local counsel enters an appearance. See local Rule 83.1(c) of the Local Rules for the District of Connecticut. So ordered.*

*Christopher F. Droney*
*United States District Judge*
*12/9/03*

FILED
2003 JUN 30 P 12: 13
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

STAMFORD HOLDING COMPANY,
   Plaintiff

V.

MAUREEN CLARK;
CHRISTOPHER PLUMMER;
NEW ENGLAND EQUITY, INC.;
CHARLES J. IRVING, ESQUIRE;
RAMONA E. DESALVO, ESQUIRE; and
MERRILL, LYNCH, PIERCE, FENNER
& SMITH, INC.,
   Defendants

: CIVIL ACTION NO.
:
: 02-CV-1236 (CFD)
:
:
:
:
:
:
:
:
: JUNE 27, 2003

### MOTION TO WITHDRAW

William J. O'Sullivan, Esq. (the "Movant") hereby moves for leave of Court pursuant to D.Conn.L.Civ.R. 15, to withdraw his appearance as Counsel for the Defendant, Maureen Clark. In support hereof, the Movant respectfully represents the following:

1.   On or about November 21, 2002, Movant was retained to serve as local counsel for Clark in this matter. In that capacity, Movant prepared papers for the admission pro hac of Clark's attorney from Pennsylvania, Douglas Riblet, and attended a hearing before this court on November 22, 2002, in connection with certain pro hac motions, including the motion to admit Attorney Riblet, and certain substantive motions, including motions to dismiss.

**ORAL ARGUMENT IS NOT REQUESTED.**