FILED

2003 DEC 19 A 11: 14

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAMFORD HOLDING COMPANY,<br>Plaintiff | CIVIL ACTION NO.<br><br>02-CV-1236 (CFD) |
| V. | |
| MAUREEN CLARK, et al.<br>Defendants | DECEMBER 18, 2003 |

### MOTION FOR RECONSIDERATION

Pursuant to Local Rules of Civil Procedure 7(c) and 7(e), William J. O'Sullivan, Esq (the "Movant") hereby moves this court to reconsider its endorsement order of December 9, 2003, denying the Movant's Motion to Withdraw, dated June 27, 2003. A supporting memorandum is filed herewith.

THE MOVANT,
WILLIAM J. O'SULLIVAN, ESQ.

By_____
William J. O'Sullivan (ct08452)
Baker O'Sullivan & Bliss PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT 06109-2371
Phone (860) 258-1993
Fax (860) 258-1991
o'sullivan@boblawyers.com

**ORAL ARGUMENT IS REQUESTED.**

## **CERTIFICATION OF SERVICE**

I hereby certify that on December 18, 2003, copies of the foregoing and of the accompanying memorandum were mailed, certified mail, return receipt requested, to the following:

Ms. Maureen Clark
P.O. Box 627
Niantic, CT 06357

And that on the same date, copies of the same were mailed via first-class U.S. mail, postage prepaid, to the following counsel of record:

Rudolph J. DiMassa, Esq.
DiMassa & Associates
1305 Locus Street, 4th floor
Philadelphia, PA 19107

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
One Lewis Street
Hartford, CT 06103

Douglas H. Riblet, Esq.
Curtin & Heefner
P.O. Box 217
250 North Pennsylvania Avenue
Morrisville, PA 19067-0217

Ryan P. Barry, Esq.
Sabia & Hartley, LLC
190 Trumbull Street
Suite 202
Hartford, CT 06103


James W. Christie, Esq.
Rex F. Brien, Esq.
Christie, Pabarue, Mortensen & Young
1880 JFK Blvd., 10th floor
Philadelphia, PA 19103

David G. Hill, Esq.
Halloran & Sage
One Goodwin Square
Hartford, CT 06103

David J. Elliott, Esq.
Michael F. Shea, Esq.
Day Berry & Howard
CityPlace
Hartford, CT 06103-3499

G. Jeffrey Boujoukos, Esq.
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadephia, PA 19103-2921

Rex F. Brien, Esq.
Christi, Pabarue, Mortensen & Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Layfayette Blvd., Suite 500
P.O. Box 1740
Bridgeport, CT 06601

Michael P. Shea, Esq.
Day, Berry & Howard
Cityplace I
185 Asylum Street
Hartford, CT 06103


William J. O'Sullivan

EXHIBIT A

**NOTICE TO MAUREEN CLARK**

PLEASE BE ADVISED THAT WHERE GOOD CAUSE EXISTS FOR PERMITTING THE WITHDRAWAL BY THE APPEARING COUNSEL, WILLIAM J. O'SULLIVAN, THE FAILURE TO ENGAGE SUCCESSOR COUNSEL WILL RESULT IN THE GRANTING OF THE MOTION TO WITHDRAW APPEARANCE AND MAY RESULT IN A DISMISSAL OR A DEFAULT ENTERED AGAINST YOU.