UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 15  P 6: 20
U.S. DISTRICT COURT
HARTFORD, CT.

STAMFORD HOLDING COMPANY,
    Plaintiff,

v.       No. 3:02 CV 1236(CFD)

MAUREEN CLARK, ET AL.,
    Defendants.

## RULING ON PENDING MOTIONS

Pending are the defendant Ramona DeSalvo's ("DeSalvo") Revised Motion to Amend Court Order [Doc. #93], the movant William O'Sullivan's ("O'Sullivan") Motion for Reconsideration [Doc. #97], and the defendants Maureen Clark, Christopher Plummer, and New England Equity, Inc.'s (collectively "New England Equity Defendants") Motion to Bar Plaintiff from Proceeding Against Them in Arbitration before the National Association of Securities Dealers and to Dismiss Plaintiff's Complaint Against Defendants Clark, Plummer, and New England Equity With Prejudice [Doc. #99].

The defendant DeSalvo's Revised Motion to Amend Court Order [Doc. #93] is DENIED, AS MOOT.

The movant O'Sullivan's Motion for Reconsideration [Doc. #97] is GRANTED. The Court reconsiders its order dated December 9, 2003 [Doc. #96] denying O'Sullivan's Motion to Withdraw [Doc. #91]. O'Sullivan's Motion to Withdraw [Doc. #91] is GRANTED. Defendant Maureen Clark is reminded that failure to either engage successor counsel or file a pro se appearance may result in a default being entered against her.

The New England Equity Defendants' Motion to Bar Plaintiff from Proceeding Against

1

Them in Arbitration before the National Association of Securities Dealers and to Dismiss Plaintiff's Complaint Against Defendants Clark, Plummer, and New England Equity With Prejudice [Doc. #99] is GRANTED IN PART, ABSENT OBJECTION. The Plaintiff is ordered to withdraw all claims against these defendants before the National Association of Securities Dealers.

SO ORDERED this 15th day of April 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE