IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN CLARK et al., | : | |
| | : | |
| Defendants. | : | May 14, 2004 |

## **APPEARANCE**

Please enter the appearance of the undersigned on behalf of Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc.


Dated: May 14, 2004              /s/ Tanya Tymchenko_____
                                 Tanya Tymchenko [ct22289]
                                 **Bingham McCutchen LLP**
                                 One State Street
                                 Hartford, CT 06103
                                 Tel:  (860) 240-2700
                                 Fax:  (860) 240-2800
                                 Email:  tanya.tymchenko@bingham.com

-2-

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class U.S. mail, postage prepaid on this 14th day of May, 2004 to the following counsel of record:

James E. Miller
Shepherd, Finkelman, Miller, & Shah, LLC
One Lewis Street
Hartford, CT 06103
**Attorneys for Plaintiff, Stamford Holding Company**

Rudolph J. DiMassa
DiMassa & Associates
1305 Locust Street, Fourth Floor
Philadelphia, Pennsylvania 19107
**Attorneys for Plaintiff**

Jill Hartley, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
**Attorneys for Defendants, Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Douglas H. Riblet, Esquire
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067
**Attorneys for Defendants, Christopher Plummer and New England Equity, Inc.**

David G. Hill, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103
**Attorney for Defendant, Ramona E. DeSalvo**

Edward R. Scofield, Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601
**Attorney for Defendant, Charles J. Irving, Esquire**

-3-

James W. Christie, Esquire
Rex F. Brien, Esquire
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103
**Attorneys for Defendant, Charles J. Irving, Esquire**

/s/ Tanya Tymchenko_____
Tanya Tymchenko