IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN CLARK et al, | : | |
| | : | |
| Defendants. | : | May 14, 2004 |

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's Order dated April 15, 2004, Plaintiff, Stamford Holding Company ("Stamford"), and Defendants, Maureen Clark ("Clark"), Christopher Plummer ("Plummer"), New England Equity, Inc. ("New England"), Charles J. Irving, Esquire ("Irving"), Ramona E. DeSalvo ("DeSalvo"), and Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch"), respectfully submit this Joint Status Report.

A.  **Nature of the Case.**

1.  **Brief Description of Action and Status of Proceedings.**

In this action, Stamford asserts claims against Defendants either jointly or individually for (a) violations of, *inter alia*, the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961 *et seq*, (b) breach of contract, (c) legal malpractice, (d) breach of fiduciary duty, (e) malicious interference with business relations, and (f) breach of the implied covenant of good faith and fair dealing.  Defendants all deny liability to Stamford.  By Order dated March 25, 2003, the Court ordered that the claims asserted against Clark, Plummer, New England and Merrill Lynch be arbitrated and that this case be stayed as to Irving and DeSalvo pending resolution of those arbitration proceedings.  Stamford instituted arbitration proceedings against Clark, Plummer, New England and Merrill Lynch before the National Association of Securities Dealers, Inc. ("NASD").  Pursuant to the Court's Order dated April 15, 2004, as well as the

Court's Order dated March 25, 2003, Stamford intends to withdraw the claims asserted against Clark, Plummer and New England in the NASD arbitration proceeding and to proceed against Clark, Plummer and New England in an arbitration proceeding before the American Arbitration Association ("AAA").  Clark, Plummer and New England reserve their rights relating to Stamford's delay in initiating the arbitration proceeding before the American Arbitration Association. The claims against Merrill Lynch will remain pending in the NASD arbitration proceeding which is being actively prosecuted and defended.  For the reasons explained in the Court's Order dated March 25, 2003, the parties believe that this case should remain stayed as to DeSalvo and Irving pending resolution of any and all arbitration proceedings.

        **2.**     **Pending Motions.**

There are no motions presently pending before the Court.

        **3.**     **Nature of Any Trial.**

None of the parties have demanded a jury trial to date.  After all arbitration proceedings are resolved, a determination then should be made as to the claims that remain to be tried as to DeSalvo, Irving and/or any other Defendants and whether the claims to be tried should proceed separately or jointly and whether any bifurcation or other similar approach is appropriate.

     **B.**     **Discovery.**

Discovery has not been completed because this action has been stayed pending resolution of the arbitration proceedings and no Scheduling Order has been entered.  The parties respectfully suggest that a discovery schedule be established after full resolution of the arbitration proceedings described above.

     **C.**     **Settlement.**

No settlement conferences have been held and there are no outstanding reports due to any party or person at this time.  The parties do not believe a settlement conference would be helpful

at this time.

      **D.**     **Trial Preparation.**

      Until the arbitration proceedings described above are resolved, it is difficult to predict when this case will be ready for trial or the amount of remaining discovery or other preparation necessary to prepare this case for trial.  Following resolution of the arbitration proceedings, the parties respectfully suggest that the Court convene a scheduling conference to establish deadlines for the completion of discovery, the amendment of any pleadings, the submission of a joint trial memorandum and a date when this case will be ready for trial.

    The parties and their undersigned counsel stand ready to provide any additional information that the Court may find helpful in managing this case or otherwise require.

Dated: May 14, 2004                                     _____

                                                            James E. Miller
Federal Bar No. CT-21560
Shepherd, Finkelman, Miller, & Shah, LLC
One Lewis Street
Hartford, CT 06103
(Tel)(860) 246-0600
(Fax)(860) 246-0700
(E-mail) jmiller@sfmslaw.com

Rudolph J. DiMassa
DiMassa & Associates
1305 Locust Street, Fourth Floor
Philadelphia, Pennsylvania 19107
(Tel)(215) 545-4333
(Fax)(215) 546-8133
(E-mail) DiMassa13@aol.com

Attorneys for Plaintiff

Dated: May 14, 2004                           _____

                                               James S. Rollins, Esquire
                                               Tanya Tymchenko, Esquire
                                               Bingham McCutchen LLP
                                               One State Street
                                               Hartford, CT 06103
                                               (Tel)(860) 240-2700
                                               (Fax)(860) 240-2800
                                               (E-mail) james.rollins@bingham.com
                                               (E-mail) tanya.tymchenko@bingham.com

                                               Attorneys for Defendant,
                                               Merrill Lynch, Pierce, Fenner & Smith, Inc.


Dated: May 14, 2004                           _____

                                               Jill Hartley, Esquire
                                               Sabia & Hartley, LLC
                                               190 Trumbull Street, Suite 202
                                               Hartford, CT 06103
                                               (Tel) (860) 541-2077
                                               (Fax) (860) 713-8944
                                               (E-mail) jhartley@sabiahart.com

                                               Douglas H. Riblet, Esquire
                                               Curtlin & Heefner
                                               250 Pennsylvania Avenue
                                               Morrisville, PA 19067
                                               (Tel)(215) 736-2521
                                               (Fax)(215)736-3647
                                               (E-mail) dhr@curtinheefner.com

                                               Attorneys for Defendants,
                                               Christopher Plummer and New England Equity, Inc.

Dated: May 14, 2004                              _____
                                                 Edward R. Scofield, Esquire
                                                 Zeldes, Needle & Cooper
                                                 1000 Lafayette Boulevard
                                                 P.O. Box 1740
                                                 Bridgeport, CT 06601
                                                 (Tel)(203) 332-5726
                                                 (Fax)(203) 333-1489
                                                 (E-mail) escofield@znclaw.com

                                                 James W. Christie, Esquire
                                                 Rex F. Brien, Esquire
                                                 Christie, Pabarue, Mortensen & Young
                                                 A Professional Corporation
                                                 1880 JFK Boulevard, 10th Floor
                                                 Philadelphia, PA 19103
                                                 (Tel)(215) 587-1600
                                                 (Fax)(215)587-1699
                                                 (E-mail) jwchristie@cpmy.com
                                                 (E-mail) rfbrien@cpmy.com

                                                 Attorneys for Defendant,
                                                 Charles J. Irving, Esquire


Dated: May 14, 2004                              _____
                                                 David G. Hill, Esquire
                                                 Halloran & Sage
                                                 225 Asylum Street
                                                 Hartford, CT 06103
                                                 (Tel)(860) 297-4628
                                                 (Fax)(860) 548-0006
                                                 (E-mail) hill@halloran-sage.com

                                                 Attorney for Defendant,
                                                 Ramona E. DeSalvo


Dated: May 14, 2004                              _____
                                                 Maureen Clark
                                                 Pro Se Defendant