IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MAUREEN CLARK, et al | : | |
| | : | |
| Defendants. | : | May 14, 2004 |

**CERTIFICATE OF SERVICE**

    The undersigned counsel hereby certifies that true and correct copies of the foregoing Joint Status Report were served on this date upon all counsel of record and parties identified below via first class mail, postage pre-paid, and addressed as follows:

James S. Rollins, Esquire
Tanya Tymchenko, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Jill Hartley, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Edward R. Scofield, Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601

James W. Christie, Esquire
Rex F. Brien, Esquire
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

Douglas H. Riblet, Esquire
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067

Maureen Clark
c/o Douglas H. Riblet, Esquire
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067

David G. Hill
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

Rudolph DiMassa
DiMassa Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA 19107

                                                              _____
                                                              James E. Miller
                                                                 Attorney for Plaintiff