UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STAMFORD HOLDINGS CO.                  :        CIVIL ACTION NO.
    Plaintiff,                                          02-CV-1236 (CFD)

                            :

v.

                            :

MAUREEN CLARK, ET AL
    Defendant.                                          :        MAY 14, 2004

**APPEARANCE**

TO THE CLERK OF THE COURT:

Please enter the appearance of the undersigned, on behalf of the Defendants,

Christopher Plummer and New England Equity, Inc. in the above-captioned action:

        Jill Hartley
        Fed. Bar No. CT 10570
        Sabia & Hartley, LLC
        190 Trumbull Street, Suite 202
        Hartford, CT 06103
        (860) 541-2077

**DEFENDANTS, CHRISTOPHER
PLUMMER AND NEW ENGLAND
EQUITY, INC.**

By:_____
      Jill Hartley
      Federal Bar CT 10570

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 14th day of May, 2004 to:

James E. Miller, Esq.
Shepherd, Finkelman, Miller et al.
One Lewis Street
Hartford, CT 06103

Rudolph J. DiMassa, Esq.
DiMassa & Associates
1305 Locus Street, 4th Floor
Philadelphia, PA 19107

James S. Rollins, Esq.
Tonya Tymchencko, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Douglas H. Riblet, Esq.
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067

Edward R. Scofield, Esq.
Zeles, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601

James W. Christie, Esq.
Rex F. Brien, Esq.
Christie, Pabarue et al.
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

David G. Hill, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Ms. Maureen Clark
P.O. Box 627
Niantic, CT 06357

Jill Hartley

E:\WPDOCS\Plummer\appearance.jh.wpd