UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
| PLAINTIFF, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK, CHRISTOPHER | : | |
| PLUMMER, NEW ENGLAND EQUITY, INC., | : | |
| CHARLES J. IRVING, RAMONA E. DESALVO, | : | |
| AND MERRILL LNCH PIERCE FENNER & | : | |
| SMITH, INC. | : | MAY 14, 2004 |
| DEFENDANTS. | : | |

## MOTION FOR RECONSIDERATION AND CLARIFICATION

The undersigned defendant, Ramona E. DeSalvo, requests reconsideration and clarification of the Court's ruling dated April 15, 2004, in which Judge Droney denied as moot defendant DeSalvo's Revised Motion to Amend Court Order (Doc. #93).

On December 3, 2003, defendant DeSalvo filed her Revised Motion to Amend Court Order (Doc. #93), in which she requested to be included in the arbitration order by the Court dated March 25, 2003. On April 15, 2004, the Court ordered the plaintiff to withdrawn all claims against defendants Maureen Clark, Christopher Plummer and New England Equity, Inc. (collectively "New England Equity Defendants") before the National Association of Securities Dealers. Defendant DeSalvo requested to be included in the court-ordered arbitration between the plaintiff and the New England Equity Defendants, regardless of the named arbitrator.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0082
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Defendant DeSalvo requests that the Court clarify its ruling dated April 15, 2004, in which her Revised Motion to Amend Court Order was denied as moot. Although the plaintiff was ordered to withdraw all claims against the New England Equity Defendants before the National Association of Securities Dealers, defendant DeSalvo reaffirms and restates her position that she should be included in any arbitration proceedings between the plaintiff and the New England Equity Defendants.

WHEREFORE, for the foregoing reasons, the undersigned defendant respectfully requests that the Court grant her motion.

RESPECTFULLY SUBMITTED,<br>
RAMONA E. DESALVO, ESQ.

By_____<br>
June M. Sullivan<br>
Fed. Bar #ct 24462<br>
HALLORAN & SAGE LLP<br>
One Goodwin Square<br>
225 Asylum Street<br>
Hartford, CT 06103<br>
(860) 522-6103<br>
Her Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

This is to certify that on this 14TH day of May 2004, I hereby mailed a copy of the foregoing to:

Rudolph J. DiMassa, Esq.
DiMassa & Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA 19107
**For Stamford Holding Company**

William J. O'Sullivan, Esq.
Baker O'Sullivan & Bliss PC
Putnam Park
100 Great Meadow Rd.
Suite 100
Wethersfield, CT 06109-2355
**For Maureen Clark and William Sullivan**

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
One Lewis St.
Hartford, CT 06103
**For Stamford Holding Company**

Douglas H. Riblet, Esq.
Curtin & Heefner
250 North Pennsylvania Avenue
P. O. Box 217
Morrisville, PA 19067-0217
**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Edward R. Scofield, Esq.
Stuart D. Bear, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
**For Charles J. Irving, Esq**

Ryan P. Barry, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106
**For Christopher Plummer and New England Equity, Inc.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen &
  Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
**For Charles J. Irving, Esq.**

G. Jeffrey Boujoukos, Esq.
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc**

David J. Elliott, Esq.
Michael P. Shea, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc.**

_____
June M. Sullivan

549960_1.doc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105