UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION NO. |
| | : | 02-CV-1236 (CFD) |
| Plaintiff, | : | |
| VS. | : | |
| | : | |
| MAUREEN CLARK, et al. | : | |
| | : | |
| Defendants. | : | MAY 18, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendant, **MERRILL LYNCH, PIERCE, FENNER & SMITH**. Other counsel has entered an appearance for this defendant.

Respectfully submitted,

_____
G. Jeffrey Boujoukos (ct23941)
MORGAN, LEWIS & BOCKIUS
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Attorneys for Merrill Lynch, Pierce,
Fenner & Smith Incorporated

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2004, a copy of the above-referenced Motion was served by first class mail on the following:

Rudolph J. Di Massa, Esquire
1305 Locust Street
Fourth Floor
Philadelphia, PA 19107

Myles Alderman, Esquire
Alderman & Alderman
One Corporate Center
Hartford, CT  06103

Attorneys for Plaintiff Stamford Holding Co.

Douglas H. Riblet, Esquire
Curtin & Hefner
250 North Pennsylvania Ave.
P.O. Box 217
Morrisville, PA 19067-0217

Attorneys for Defendants Maureen Clark,
Christopher Plummer and New England Equity, Inc.

Ryan P. Barry
Sabia & Hartle, LLC
190 Trumbull Street, Suite 292
Hartford, CT  06103

Attorneys for Defendants Christopher Plummer
and New England Equity, Inc.

John P. Penders
Marshall, Dennehey, Warner, Coleman & Giggin
1845 Walnut Street, 19th Floor
Philadelphia, PA 19103-4793

David G. Hill
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

Attorneys for Ramona E. DeSalvo, Esquire

Rex F. Brien, Esquire
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA  19103

Stuart Bear, Esquire
Zeldes, Needle & Cooper, A Professional Corporation
1000 Layfayette Boulevard
P.O. Box 1740
Bridgeport, CT  06601-1740

Attorneys for Charles J. Irving, Esquire

William J. O'Sullivan, Esquire
Baker O'Sullivan & Bliss, PC
Putnam Park, Suite 100
100 Great Meadow Road
Wethersfield, CT  06109-2371

Attorneys for Maureen Clark

Tanya Tymchenko
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Attorneys for Merrill Lynch, Pierce, Fenner & Smith, Inc.

_____
G. Jeffrey Boujoukos