UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

| | |
|---|---|
| STAMFORD HOLDING COMPANY | : CIVIL ACTION NO.<br>: 02-CV-1236 (CFD) |
| Plaintiff, | |
| VS. | |
| MAUREEN CLARK, et al. | |
| Defendants. | : MAY 18, 2004 |

2004 MAY 24 P 1:30
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendant, **MERRILL LYNCH, PIERCE, FENNER & SMITH**. Other counsel has entered an appearance for this defendant.

By [signature]
David J. Elliott
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Attorneys for Merrill Lynch, Pierce,
Fenner & Smith Incorporated

Granted. So ordered. UDJ 5/24/04

FILED
2004 MAY 24 P 12:17
U.S. DISTRICT COURT
HARTFORD, CT.