108

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY 19 P 1:30
U.S. DISTRICT COURT
HARTFORD, CT.

STAMFORD HOLDING COMPANY

     Plaintiff,

VS.

MAUREEN CLARK, et al.

     Defendants.

CIVIL ACTION NO.
02-CV-1236 (CFD)

MAY 18, 2004

Granted. So ordered.
UsDJ 7/4/04

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw his appearance in the above-captioned matter on behalf of the defendant, **MERRILL LYNCH, PIERCE, FENNER & SMITH**. Other counsel has entered an appearance for this defendant.

Respectfully submitted,

G. Jeffrey Boujoukos (ct23941)
MORGAN, LEWIS & BOCKIUS
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Attorneys for Merrill Lynch, Pierce,
Fenner & Smith Incorporated

FILED
2004 MAY 24 P 12:17
U.S. DISTRICT COURT
HARTFORD, CT.