UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -3 A II: 06
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| STAMFORD HOLDINGS CO.<br>Plaintiff, | : | CIVIL ACTION NO.<br>02-CV-1236 (CFD) |
| v. | : | |
| MAUREEN CLARK, ET AL<br>Defendants. | : | JUNE ___/___, 2004 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to L.Civ.R. 15, the undersigned Ryan P. Barry (the Movant) hereby withdraws his appearance as counsel for Defendants, Christopher Plummer and New England Equity, Inc. In support thereof, the Movant respectfully represents as follows:

1. On November 22, 2002, the Movant (who at the time was an associate with the law firm of Sabia & Hartley, LLC) filed an appearance in the above referenced case on behalf of Christopher Plummer and New England Equity, Inc.

2. Since that time, the Movant has left the employ of Sabia & Hartley, LLC and no longer has any connection with the case at bar.

3. Attorney Jill Hartley of Sabia & Hartley, LLC filed her appearance on May 14, 2004, on behalf of Christopher Plummer and New England Equity, Inc.

WHEREFORE, it is respectfully requested that the Court grant leave for the undersigned to withdraw as counsel for Defendants, Christopher Plummer and New England Equity, Inc., in the instant action.

By: /s/ Ryan P. Barry<br>
Ryan P. Barry<br>
Federal Bar CT 21683<br>
Moukawsher & Walsh<br>
21 Oak Street, Suite 209<br>
Hartford, CT 06106<br>
(860) 214-8911

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 2nd day of June, 2004 to:

James E. Miller, Esq.
Shepherd, Finkelman, Miller et al.
One Lewis Street
Hartford, CT 06103

Rudolph J. DiMassa, Esq.
DiMassa & Associates
1305 Locus Street, 4th Floor
Philadelphia, PA 19107

James S. Rollins, Esq.
Tonya Tymchencko, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Douglas H. Riblet, Esq.
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601

James W. Christie, Esq.
Rex F. Brien, Esq.
Christie, Pabarue et al.
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

David G. Hill, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Ms. Maureen Clark
P.O. Box 627
Niantic, CT 06357

/s/ Ryan P. Barry
Ryan P. Barry