IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN CLARK et al, | : | |
| | : | |
| Defendants. | : | June 3, 2004 |

**PLAINTIFF'S RESPONSE TO MOTION FOR
RECONSIDERATION AND CLARIFICATION**

     Plaintiff, Stamford Holding Company ("Stamford"), respectfully submits this Response in Opposition to the Motion for Reconsideration and Clarification filed by Defendant, Ramona E. DeSalvo ("DeSalvo"). Stamford submits that there is no compelling basis to justify reconsideration of the Court's March 25, 2003 Order. DeSalvo neither provides any explanation as to why reconsideration should be considered at this time nor offers any legal authority for her position that she should be included in an arbitration proceeding even though it is undisputed that no agreement to arbitrate ever existed between Stamford and DeSalvo. Moreover, in recognition of the sensible approach taken by the Court with respect to DeSalvo in its March 25, 2003 Order, in their most recent Joint Status Report, all of the parties, including DeSalvo, agreed as follows: "For the reasons explained in the Court's Order dated March 25, 2003, the parties believe that this case should remain stayed as to DeSalvo and Irving pending resolution of any and all arbitration proceedings." Finally, DeSalvo's Motion should not be granted because given the current stay, DeSalvo suffers no prejudice by the Court maintaining the status quo.

     For all of these reasons, Stamford requests that the Court deny DeSalvo's Motion.

Dated: June 3, 2004

                                                James E. Miller
Federal Bar No.: CT-21560
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLC
One Lewis Street
Hartford, Connecticut 06103
Telephone: (860) 246-0600
Facsimile: (860) 246-0700
jmiller@sfmslaw.com

Rudolph J. DiMassa
DiMassa & Associates
1305 Locust Street, Fourth Floor
Philadelphia, Pennsylvania 19107
(Tel)(215) 545-4333
(Fax)(215) 546-8133
(E-mail) DiMassa13@aol.com

Attorneys for Plaintiff