IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN CLARK et al, | : | |
| | : | |
| Defendants. | : | June 3, 2004 |

**CERTIFICATE OF SERVICE**

    The undersigned counsel for Plaintiff hereby certifies that true and correct copies of Plaintiff's Response to Motion for Reconsideration and Clarification, as well as this Certificate of Service, were served on this 3rd day of June, 2004, upon the following counsel for Defendants by placing a copy of the same in the United States mail, first class postage prepaid, and addressed as follows:

        James S. Rollins, Esquire
        Tanya Tymchenko, Esquire
        Bingham McCutchen LLP
        One State Street
        Hartford, CT 06103

        Jill Hartley, Esquire
        Sabia & Hartley, LLC
        190 Trumbull Street, Suite 202
        Hartford, CT 06103

        Edward R. Scofield, Esquire
        Zeldes, Needle & Cooper
        1000 Lafayette Boulevard
        P.O. Box 1740
        Bridgeport, CT 06601

James W. Christie, Esquire
Rex F. Brien, Esquire
Christia, Pabarue, Mortensen & Young
A Professional Corporation
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

David G. Hill, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

Maureen Clark
c/o Douglas H. Riblet, Esquire
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067

Dated: June 3, 2004

James E. Miller
Federal Bar No.: CT-21560
SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLC
One Lewis Street
Hartford, Connecticut 06103
Telephone: (860) 246-0600
Facsimile: (860) 246-0700
jmiller@sfmslaw.com