UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN -3  A 11: 06
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| STAMFORD HOLDINGS CO. | : | CIVIL ACTION NO. |
| Plaintiff, | : | 02-CV-1236 (CFD) |
| v. | : | |
| MAUREEN CLARK, ET AL | : | |
| Defendants. | : | JUNE ___, 2004 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to L.Civ.R. 15, the undersigned Ryan P. Barry (the Movant) hereby withdraws his appearance as counsel for Defendants, Christopher Plummer and New England Equity, Inc. In support thereof, the Movant respectfully represents as follows:

1. On November 22, 2002, the Movant (who at the time was an associate with the law firm of Sabia & Hartley, LLC) filed an appearance in the above referenced case on behalf of Christopher Plummer and New England Equity, Inc.

2. Since that time, the Movant has left the employ of Sabia & Hartley, LLC and no longer has any connection with the case at bar.

3. Attorney Jill Hartley of Sabia & Hartley, LLC filed her appearance on May 14, 2004, on behalf of Christopher Plummer and New England Equity, Inc.

WHEREFORE, it is respectfully requested that the Court grant leave for the undersigned to withdraw as counsel for Defendants, Christopher Plummer and New England Equity, Inc., in the instant action.

GRANTED. absent objection
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 6/2/04

FILED
2004 JUN -4  A 11: 05
U.S. DISTRICT COURT
HARTFORD, CT.