UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDINGS CO. | : | CIVIL ACTION NO. |
|    Plaintiff, | | 02-CV-1236 (CFD) |
| | : | |
| v. | | |
| | : | |
| MAUREEN CLARK, ET AL | | |
|    Defendants. | : | JUNE 7, 2004 |

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to L.Civ.R. 7(e), the undersigned hereby withdraws her appearance as counsel for Defendants, Christopher Plummer and New England Equity, Inc. ("Defendants"), because, despite repeated requests, Defendants have failed to pay any attorneys' fees or costs incurred by the undersigned in defending the case at bar. The undersigned has appeared on behalf of Defendants in her capacity as local counsel.[1]

WHEREFORE, it is respectfully requested that the Court grant leave for the undersigned to withdraw as counsel for Defendants in the instant action.

                                By_____
                                   Jill Hartley, Esquire
                                   Fed. Bar No. CT 10570
                                   Sabia & Hartley, LLC
                                   190 Trumbull Street, Suite 202
                                   Hartford, CT 06103
                                   (860) 541-2077
                                   (860) 713-8944 (facsimile)

---

[1] Lead counsel for Defendants, Douglas H. Riblet of Curtlin & Heefner, LLP has been admitted <u>pro</u> <u>hac</u> <u>vice</u> and has an appearance on file with this Court.

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 7th day of June, 2004 to:

James E. Miller, Esq.
Shepherd, Finkelman, Miller et al.
One Lewis Street
Hartford, CT 06103

Rudolph J. DiMassa, Esq.
DiMassa & Associates
1305 Locus Street, 4th Floor
Philadelphia, PA 19107

James S. Rollins, Esq.
Tonya Tymchencko, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Douglas H. Riblet, Esq.
Curtlin & Heefner
250 North Pennsylvania Avenue
P.O. Box 217
Morrisville, PA 19067

Edward R. Scofield, Esq.
Zeles, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601

James W. Christie, Esq.
Rex F. Brien, Esq.
Christie, Pabarue et al.
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

David G. Hill, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Ms. Maureen Clark
P.O. Box 627
Niantic, CT 06357

and by certified mail, return receipt requested to:

Mr. Christopher Plummer
New England Equity, Inc.
P.O. Box 627
Niantic, CT 06357

                                                                 _____
                                                                 Jill Hartley

E:\WPDOCS\Plummer\withdraw, jh.wpd