UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
| PLAINTIFF, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK, CHRISTOPHER | : | |
| PLUMMER, NEW ENGLAND EQUITY, INC., | : | |
| CHARLES J. IRVING, RAMONA E. DESALVO, | : | |
| AND MERRILL LNCH PIERCE FENNER & | : | |
| SMITH, INC. | : | JUNE 22, 2004 |
| DEFENDANTS. | : | |

## NOTICE OF MANUAL FILING

Please take notice that the undersigned defendant has manually filed the following document or thing:

Attachments to Reply to Plaintiff's Response to Motion for Reconsideration and Clarification.

These attachments have not been filed electronically because:

[ ]   the document or thing cannot be converted to an electronic format

[ x ]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.



10361.0082

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        RESPECTFULLY SUBMITTED,
        RAMONA E. DESALVO, ESQ.

By_____
    June M. Sullivan
    Fed. Bar #ct 24462
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    (860) 522-6103
    Her Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 22nd day of June 2004, I hereby mailed a copy of the foregoing to:

Rudolph J. DiMassa, Esq.
DiMassa & Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA 19107
**For Stamford Holding Company**

William J. O'Sullivan, Esq.
Baker O'Sullivan & Bliss PC
Putnam Park
100 Great Meadow Rd.
Suite 100
Wethersfield, CT 06109-2355
**For Maureen Clark and William Sullivan**

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
One Lewis St.
Hartford, CT 06103
**For Stamford Holding Company**

Douglas H. Riblet, Esq.
Curtin & Heefner
250 North Pennsylvania Avenue
P. O. Box 217
Morrisville, PA 19067-0217
**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Edward R. Scofield, Esq.
Stuart D. Bear, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
**For Charles J. Irving, Esq**

Ryan P. Barry, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106
**For Christopher Plummer and New England Equity, Inc.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen & Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
**For Charles J. Irving, Esq.**

G. Jeffrey Boujoukos, Esq.
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc**

David J. Elliott, Esq.
Michael P. Shea, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc.**

_____
June M. Sullivan

563898_1.doc



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105