UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
| PLAINTIFF, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK, CHRISTOPHER | : | |
| PLUMMER, NEW ENGLAND EQUITY, INC., | : | |
| CHARLES J. IRVING, RAMONA E. DESALVO, | : | |
| AND MERRILL LNCH PIERCE FENNER & | : | |
| SMITH, INC. | : | JUNE 25, 2004 |
| DEFENDANTS. | : | |

## **APPEARANCE**

Clerk:

   Please enter my Appearance as counsel for the defendant, Ramona E. DeSalvo,

Esq., in the above-captioned case.

   Dated at Hartford, Connecticut on this 25th day of June 2004.

                                                           RESPECTFULLY SUBMITTED,
                                                         RAMONA E. DESALVO, ESQ.

                                                    By_____
                                                      June M. Sullivan
                                                      Fed. Bar #ct 24462
                                                      E-Mail: sullivan@halloran-sage.com
                                                      HALLORAN & SAGE LLP
                                                      One Goodwin Square
                                                      225 Asylum Street
                                                      Hartford, CT 06103
                                                      (860) 522-6103
                                                      Her Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0082


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 25th day of June 2004, I hereby mailed a copy of the foregoing to:

Rudolph J. DiMassa, Esq.
DiMassa & Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA 19107
**For Stamford Holding Company**

Douglas H. Riblet, Esq.
Curtin & Heefner
250 North Pennsylvania Avenue
P. O. Box 217
Morrisville, PA 19067-0217
**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

James E. Miller, Esq.
Shepherd Finkelman Miller & Shah
One Lewis St.
Hartford, CT 06103
**For Stamford Holding Company**

Ryan P. Barry, Esq.
Moukawsher & Walsh
Capitol Place
21 Oak Street, Suite 209
Hartford, CT 06106
**For Christopher Plummer and New England Equity, Inc.**

Edward R. Scofield, Esq.
Stuart D. Bear, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
**For Charles J. Irving, Esq**

David J. Elliott, Esq.
Michael P. Shea, Esq.
Day, Berry & Howard
CityPlace
Hartford, CT 06103-3499
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen & Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
**For Charles J. Irving, Esq.**

G. Jeffrey Boujoukos, Esq.
Morgan, Lewis & Bockius LLP
1701 Market St.
Philadelphia, PA 19103-2921
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc**

_____
June M. Sullivan

565831_1.doc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105