**FILED**

**2004 JUN -8 A 10:43**

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDINGS CO. | : | CIVIL ACTION NO. |
| Plaintiff, | | 02-CV-1236 (CFD) |
| | : | |
| v. | | |
| | : | |
| MAUREEN CLARK, ET AL | | |
| Defendants. | : | JUNE 7, 2004 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to L.Civ.R. 7(e), the undersigned hereby withdraws her appearance as counsel for Defendants, Christopher Plummer and New England Equity, Inc. ("Defendants"), because, despite repeated requests, Defendants have failed to pay any attorneys' fees or costs incurred by the undersigned in defending the case at bar. The undersigned has appeared on behalf of Defendants in her capacity as local counsel.[1]

WHEREFORE, it is respectfully requested that the Court grant leave for the undersigned to withdraw as counsel for Defendants in the instant action.

By _____
Jill Hartley, Esquire
Fed. Bar No. CT 10570
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(860) 541-2077
(860) 713-8944 (facsimile)

---

[1] Lead counsel for Defendants, Douglas H. Riblet of Curtlin & Heefner, LLP has been admitted pro hac vice and has an appearance on file with this Court.

**2004 SEP -3 P 2:59**
U.S. DISTRICT COURT
HARTFORD, CT

**FILED**

See Local Rule 83.1(c) of the Local

DENIED without prejudice to renewal after new local counsel enters an appearance.
Rules for the District of Connecticut. So ordered.

Christopher F. Droney
United States District Judge
09/3/04