UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK | : | |
| CHRISTOPHER PLUMMER, | : | |
| NEW ENGLAND EQUITY, INC., | : | |
| CHARLES J. IRVING | : | |
| RAMONA E. DESALVO | : | |
| AND MERRILL LNCH PIERCE FENNER & | : | |
| SMITH, INC. | : | |
| Defendants. | : | JANUARY 20, 2005 |

### DEFENDANT DESALVO'S MOTION TO DISMISS
### PLAINTIFF'S COMPLAINT WITH PREJUDICE

The defendant, Ramona E. DeSalvo (hereinafter "DeSalvo"), hereby moves for an Order dismissing plaintiff's Complaint against her, with prejudice, pursuant to Rule 41(b) of The Federal Rules of Civil Procedure for failure to prosecute and failure to comply with the court ordered arbitration. In support of this motion, the defendant hereby asserts as follows:

1.   This matter was initially before this Court in the year 2002 on the motions of various defendants, including that of defendant DeSalvo, to dismiss plaintiff's Complaint under Rule 12(b)(6). Plaintiff's Complaint alleged *inter alia* a breach of a variety of alleged duties arising from the defendant's agreements to provide certain services to plaintiff.

10361.0082

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2. Several co-defendants also filed motions to dismiss, however, their motions were further supported by an agreement with the plaintiff that included a mandatory arbitration clause; specifically, that "all disputes" between the parties would be resolved before the American Arbitration Association (hereinafter AAA).

3. On March 25, 2003, this Court (per the Honorable Christopher F. Droney) granted the co-defendants' motions in part by staying the present lawsuit in favor of arbitration, and by ordering arbitration for the co-defendants "in accordance with the arbitration provisions of the Agreement and Addendum". At that time, the Court did not dismiss the claims against defendant DeSalvo, but instead stayed those proceedings pending the outcome of the arbitration with the other defendants.

4. Upon reconsideration, the Court ruled on July 13, 2004 that DeSalvo should be included in the AAA arbitration between Plaintiff and the New England Equity Defendants. Therefore, the case against defendant DeSalvo is stayed in favor of arbitration, inasmuch as the claims against defendants Maureen Clark, Christopher Plummer and New England Equity, Inc., are stayed.

5. Defendant DeSalvo now seeks to dismiss the claims against her with prejudice under Federal Rule 41(b). Plaintiff has taken no steps to initiate arbitration of any of its claims before the AAA. In fact, in defiance of the court order, plaintiff pursued arbitration before the National Association of Securities Dealers. On April 15, 2004, Judge Droney ordered the plaintiff to withdraw all claims against defendants Clark,

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Plummer, and New England Equity before the National Association of Securities Dealers and proceed with arbitration before the AAA.  Nine months later (over two years after the initial order for arbitration), plaintiff has not taken any steps to proceed to arbitration.  DeSalvo should not be required to wait indefinitely for relief from Plaintiff's numerous claims.  Since Plaintiff has demonstrated no intention to arbitrate its claims before the AAA, this Court should now dismiss those claims with prejudice.  The grounds for this Motion are set forth in DeSalvo's supporting Memorandum of Law.

          RESPECTFULLY SUBMITTED,
          RAMONA E. DESALVO, ESQ.

By_____
   June M. Sullivan
   Fed. Bar #ct 420184
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   (860) 522-6103
   Her Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 20th day of January 2005, I hereby mailed a copy of the foregoing to:

Douglas H. Riblet, Esq.
Curtin & Heefner
250 North Pennsylvania Avenue
P. O. Box 217
Morrisville, PA  19067-0217
**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Jill Hartly, Esq.
Sabia & Hartly, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205
**For Christopher Plummer and New England Equity, Inc.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen &
   Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA  19103
**For Charles J. Irving, Esq.**

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
**For Charles J. Irving, Esq.**

Tanya Tymchenko, Esq.
Bingham, McCutchen
One State Street
Hartford, CT 06103-3178
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc.**

Rudolph J. DiMassa, Esq.
DiMassa & Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA  19107
**For Stamford Holding Company**

James E. Miller, Esq.
Sheperd Finkelman Miller & Shah-Chester
65 Main St.
Chester, CT 06412
**For Stamford Holding Company**

_____
June M. Sullivan

511069_1.doc

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105