UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
| PLAINTIFF, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK | : | |
| CHRISTOPHER PLUMMER, | : | |
| NEW ENGLAND EQUITY, INC., | : | |
| CHARLES J. IRVING | : | |
| RAMONA E. DESALVO | : | |
| AND MERRILL LNCH PIERCE FENNER & | : | |
| SMITH, INC. | : | |
| DEFENDANTS. | : | JANUARY 20, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the undersigned defendant has manually filed the following

document or thing:

Exhibits to Memorandum of Law in Support of Motion of Defendant DeSalvo to Dismiss Plaintiff's Complaint with Prejudice.

These attachments have not been filed electronically because:

[ ]   the document or thing cannot be converted to an electronic format

[ x ]  the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil
      Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

10361.0082



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

                                          RESPECTFULLY SUBMITTED,
                                          RAMONA E. DESALVO, ESQ.

                                      By_____
                                            June M. Sullivan
                                           Fed. Bar #ct 24462
                                           HALLORAN & SAGE LLP
                                           One Goodwin Square
                                           225 Asylum Street
                                           Hartford, CT 06103
                                           (860) 522-6103
                                           Her Attorneys

CERTIFICATION

      This is to certify that on this 20th day of January 2005, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Douglas H. Riblet, Esq.<br>Curtin & Heefner<br>250 North Pennsylvania Avenue<br>P. O. Box 217<br>Morrisville, PA  19067-0217<br>**For Maureen Clark, Christopher Plummer**<br>**and New England Equity, Inc.** | Jill Hartly, Esq.<br>Sabia & Hartly, LLC<br>190 Trumbull Street, Suite 202<br>Hartford, CT 06103-2205<br>**For Christopher Plummer and**<br>**New England Equity, Inc.** |
| Rex F. Brien, Esq.<br>James W. Christie, Esq.<br>Christie, Pabarue, Mortensen &<br>   Young<br>1880 JFK Blvd., 10th Floor<br>Philadelphia, PA  19103<br>**For Charles J. Irving, Esq.** | Edward R. Scofield, Esq.<br>Zeldes, Needle & Cooper<br>1000 Lafayette Blvd., Suite 500<br>PO Box 1740<br>Bridgeport, CT 06601-1740<br>**For Charles J. Irving, Esq.** |
| Tanya Tymchenko, Esq.<br>Bingham, McCutchen<br>One State Street<br>Hartford, CT 06103-3178<br>**For Merrill, Lynch, Pierce, Fenner & Smith, Inc.** | Rudolph J. DiMassa, Esq.<br>DiMassa & Associates, Ltd.<br>1305 Locust Street, 4th Floor<br>Philadelphia, PA  19107<br>**For Stamford Holding Company** |
| James E. Miller, Esq.<br>Sheperd Finkelman Miller & Shah-Chester<br>65 Main St.<br>Chester, CT 06412<br>**For Stamford Holding Company** | |

                                                       _____
                                                       June M. Sullivan

580634_1.DOC



One Goodwin Square                          HALLORAN                      Phone (860) 522-6103
225 Asylum Street                          & SAGE LLP                      Fax (860) 548-0006
Hartford, CT 06103                                                              Juris No. 26105