IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN CLARK et al, | : | |
| | : | |
| Defendants. | : | February 14, 2005 |

---

### CERTIFICATE OF SERVICE

---

The undersigned counsel for Plaintiff hereby certifies that true and correct copies of Plaintiff's Opposition to the Motion to Dismiss of Defendant Ramona E. DeSalvo, as well as this Certificate of Service, were served on this 14th day of February, 2005, upon the following counsel for Defendants by placing a copy of the same in the United States mail, first class postage prepaid, and addressed as follows:

James S. Rollins, Esquire
Tanya Tymchenko, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Jill Hartley, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Edward R. Scofield, Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601

James W. Christie, Esquire
Rex F. Brien, Esquire
Christie, Pabarue, Mortensen & Young
A Professional Corporation
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

David G. Hill, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

Maureen Clark
c/o Douglas H. Riblet, Esquire
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067

Dated: February 14, 2005

James E. Miller
Federal Bar No.: CT-21560
SHEPHERD, FINKELMAN, MILLER
    & SHAH, LLC
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com