IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

STAMFORD HOLDING COMPANY,       :   CIVIL ACTION NO.
                                :   3:02-CV-1236-CFD
         Plaintiff,           :
                                :
vs.                             :
                                :
MAUREEN CLARK et al.,           :
                                :
         Defendants.          :   April 27, 2005

### APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc.

Dated: April 27, 2005

_____
James S. Rollins [ct05795]
**Bingham McCutchen LLP**
One State Street
Hartford, CT 06103
Tel: (860) 240-2700
Fax: (860) 240-2800
Email: james.rollins@bingham.com

Case 3:02-cv-01236-CFD     Document 123     Filed 04/28/2005     Page 2 of 3

Edward R. Scofield, Esquire  
Zeldes, Needle & Cooper  
1000 Lafayette Boulevard  
P.O. Box 1740  
Bridgeport, CT 06601  
**Attorney for Defendant, Charles J. Irving, Esquire**

James W. Christie, Esquire  
Rex F. Brien, Esquire  
Christie, Pabarue, Mortensen & Young  
1880 JFK Boulevard, 10th Floor  
Philadelphia, PA 19103  
**Attorneys for Defendant, Charles J. Irving, Esquire**

*/s/ Tanya Tymchenko*  
Tanya Tymchenko

---

Edward R. Scofield, Esquire  
Zeldes, Needle & Cooper  
1000 Lafayette Boulevard  
P.O. Box 1740  
Bridgeport, CT 06601  
**Attorney for Defendant, Charles J. Irving, Esquire**

James W. Christie, Esquire  
Rex F. Brien, Esquire  
Christie, Pabarue, Mortensen & Young  
1880 JFK Boulevard, 10th Floor  
Philadelphia, PA 19103  
**Attorneys for Defendant, Charles J. Irving, Esquire**

Tanya Tymchenko