FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2005 APR 28  P 1: 23

DISTRICT COURT
XXX. CT.

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02-CV-1236 (CFD) |
| | : | |
| v. | : | |
| | : | |
| MAUREEN CLARK et al., | : | |
| Defendants. | : | April 27, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of Defendant, Merrill Lynch, Pierce, Fenner & Smith, Inc. ("ML"). There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. ML will continue to be represented in this action by James S. Rollins, Esq. of Bingham McCutchen, who has entered an appearance in this action.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

DEFENDANT,
**MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC.**

_____
Tanya Tymchenko (CT22289)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
Tel.: (860) 240-2700
Fax: (860) 240-2818
Tanya.tymchenko@bingham.com

CTDOCS/1626467.1

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via first class U.S. mail, postage prepaid on this 27th day of April, 2005 to the following counsel of record:

James E. Miller
Shepherd, Finkelman, Miller, & Shah, LLC
65 Main Street
Chester, CT 06412
**Attorneys for Plaintiff, Stamford Holding Company**

Rudolph J. DiMassa
DiMassa & Associates
1305 Locust Street, Fourth Floor
Philadelphia, Pennsylvania 19107
**Attorneys for Plaintiff, Stamford Holding Company**

Jill Hartley, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
**Attorneys for Defendants, Christopher Plummer and New England Equity, Inc.**

Douglas H. Riblet, Esquire
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067
**Attorneys for Defendants, Christopher Plummer, Maureen Clark, and New England Equity, Inc.**

David G. Hill, Esquire
June M. Sullivan, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103
**Attorney for Defendant, Ramona E. DeSalvo**

CTDOCS/1626467.1

Edward R. Scofield, Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601
**Attorney for Defendant, Charles J. Irving, Esquire**

James W. Christie, Esquire
Rex F. Brien, Esquire
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103
**Attorneys for Defendant, Charles J. Irving, Esquire**

_____
Tanya Tymchenko

-3-