IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN CLARK et al, | : | |
| | : | |
| Defendants. | : | September 28, 2005 |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's Order dated September 7, 2005, Plaintiff, Stamford

Holding Company ("Stamford"), and Defendants, Maureen Clark ("Clark"), Christopher

Plummer ("Plummer"), New England Equity, Inc. ("New England"), Charles J. Irving, Esquire

("Irving"), Ramona E. DeSalvo ("DeSalvo"), and Merrill Lynch, Pierce, Fenner & Smith, Inc.

("Merrill Lynch"), respectfully submit this Joint Status Report.

**A.**   **Nature of the Case.**

**1.**   **Brief Description of Action and Status of Proceedings.**

In this action, Stamford asserts claims against Defendants either jointly or

individually for (a) violations of, *inter alia*, the Racketeer Influenced and Corrupt Organizations

Act ("RICO"), 18 U.S.C. §§ 1961 *et seq*, (b) breach of contract, (c) legal malpractice, (d) breach

of fiduciary duty, (e) malicious interference with business relations, and (f) breach of the implied

covenant of good faith and fair dealing. Defendants all deny liability to Stamford. By Order

dated March 25, 2003, the Court ordered that the claims asserted against Clark, Plummer, New

England and Merrill Lynch be arbitrated and that this case be stayed as to Irving and DeSalvo

pending resolution of those arbitration proceedings. Stamford instituted arbitration proceedings

against Clark, Plummer, New England and Merrill Lynch before the National Association of

Securities Dealers, Inc. ("NASD"). Pursuant to the Court's Order dated April 15, 2004, as well

as the Court's Order dated March 25, 2003, Stamford withdrew the claims asserted against Clark, Plummer and New England in the NASD arbitration proceeding and, on March 10, 2005, proceeded against Clark, Plummer, DeSalvo and New England in an arbitration proceeding before the American Arbitration Association ("AAA").[1]  During a pre-hearing conference held on July 15, 2005, the NASD arbitration panel granted claimant's request for an order of discontinuance with prejudice, and by Award dated July 29, 2005, the NASD dismissed all claims against Merrill Lynch with prejudice.  The claims against Clark, Plummer, New England and DeSalvo remain pending in the AAA  proceeding which is being prosecuted and defended. For the reasons explained in the Court's Order dated March 25, 2003, the parties believe that this case should remain stayed as to Irving pending resolution of any and all arbitration proceedings.

## 2.    Pending Motions.

There are no motions presently pending before the Court.  However, Merrill Lynch intends to file a motion to confirm the NASD's Award by no later than October 19, 2005.

## 3.    Nature of Any Trial.

None of the parties have demanded a jury trial to date.  After all arbitration proceedings are resolved, a determination then should be made as to the claims that remain to be tried as to Irving and/or any other Defendants and whether the claims to be tried should proceed separately or jointly and whether any bifurcation or other similar approach is appropriate.

## B.    Discovery.

Discovery has not been completed because this action has been stayed pending resolution of the arbitration proceedings and no Scheduling Order has been entered.  The parties

---

[1]By Order dated July 13, 2004, the Court granted DeSalvo's request to be included in the AAA proceeding.

respectfully suggest that a discovery schedule be established after full resolution of the arbitration proceedings described above.

**C.    Settlement.**

No settlement conferences have been held and there are no outstanding reports due to any party or person at this time. The parties do not believe a settlement conference would be helpful at this time.

**D.    Trial Preparation.**

Until the arbitration proceedings described above are resolved, it is difficult to predict when this case will be ready for trial or the amount of remaining discovery or other preparation necessary to prepare this case for trial. Following resolution of the arbitration proceedings, the parties respectfully suggest that the Court convene a scheduling conference to establish deadlines for the completion of discovery, the amendment of any pleadings, the submission of a joint trial memorandum and a date when this case will be ready for trial.

The parties and their undersigned counsel stand ready to provide any additional information that the Court may find helpful in managing this case or otherwise require.

Dated: September 28, 2005

James E. Miller
Federal Bar No. CT-21560
Shepherd, Finkelman, Miller, & Shah, LLC
65 Main Street
Chester, CT 06412
(Tel)(860) 526-1100
(Fax)(860) 526-1120
(E-mail) jmiller@sfmslaw.com

Rudolph J. DiMassa
DiMassa & Associates
1305 Locust Street, Fourth Floor
Philadelphia, Pennsylvania 19107
(Tel)(215) 545-4333
(Fax)(215) 546-8133
(E-mail) DiMassa13@aol.com

Attorneys for Plaintiff


Dated: September 2C, 2005                    _James S. Rollins_ /w/ permission Km

James S. Rollins, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(Tel)(860) 240-2700
(Fax)(860) 240-2800
(E-mail) james.rollins@bingham.com

Attorneys for Defendant,
Merrill Lynch, Pierce, Fenner & Smith, Inc.


Dated: September 2C, 2005                    _Jill Hartley_ / W/ permission Km

Jill Hartley, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
(Tel) (860) 541-2077
(Fax) (860) 713-8944
(E-mail) jhartley@sabiahart.com

Douglas H. Riblet, Esquire
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067
(Tel)(215) 736-2521
(Fax)(215)736-3647
(E-mail) dhr@curtinheefner.com

Attorneys for Defendants,
Christopher Plummer and New England Equity, Inc.

-4-

September 26 2005                        *Edward R. Scofield / w/permission KML*

                                         Edward R. Scofield, Esquire
                                         Zeldes, Needle & Cooper
                                         1000 Lafayette Boulevard
                                         P.O. Box 1740
                                         Bridgeport, CT 06601
                                         (Tel)(203) 332-5726
                                         (Fax)(203) 333-1489
                                         (E-mail) escofield@znclaw.com

James W. Christie, Esquire
Rex F. Brien, Esquire
Christie, Pabarue, Mortensen & Young
A Professional Corporation
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103
(Tel)(215) 587-1600
(Fax)(215)587-1699
(E-mail) jwchristie@cpmy.com
(E-mail) rfbrien@cpmy.com

Attorneys for Defendant,
Charles J. Irving, Esquire

September 26 2005                        *David G Hill / w/permission KML*

                                           David G. Hill, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103
(Tel)(860) 297-4628
(Fax)(860) 548-0006
(E-mail) hill@halloran-sage.com

Attorney for Defendant,
Ramona E. DeSalvo

September __, 2005                        _____

                                         Maureen Clark[2]
Pro Se Defendant

---

[2]Plaintiff attempted to contact Maureen Clark but was unable to reach her.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MAUREEN CLARK, et al | : | |
| | : | |
| Defendants. | : | September 28, 2004 |

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing Joint Status Report were served on this date upon all counsel of record and parties identified below via first class mail, postage pre-paid, and addressed as follows:

James S. Rollins, Esquire
Tanya Tymchenko, Esquire
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Jill Hartley, Esquire
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Edward R. Scofield, Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601

James W. Christie, Esquire
Rex F. Brien, Esquire
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

Douglas H. Riblet, Esquire
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067

Maureen Clark
c/o Douglas H. Riblet, Esquire
Curtlin & Heefner
250 Pennsylvania Avenue
Morrisville, PA 19067

David G. Hill, Esquire
Halloran & Sage
225 Asylum Street
Hartford, CT 06103

Rudolph DiMassa, Esquire
DiMassa Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA 19107

_Karen M. Leser_
Karen M. Leser
Attorney for Plaintiff