UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK | : | |
| CHRISTOPHER PLUMMER, | : | |
| NEW ENGLAND EQUITY, INC., | : | |
| CHARLES J. IRVING | : | |
| RAMONA E. DESALVO | : | |
| AND MERRILL LNCH PIERCE FENNER & | : | |
| SMITH, INC. | : | |
| Defendants. | : | JANUARY 12, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that the defendant has manually filed the following documents:

Defendant Desalvo's Motion to Dismiss Plaintiff's Complaint With Prejudice and Memorandum of Law in Support of Defendant Desalvo's Motion to Dismiss Plaintiff's Complaint With Prejudice and accompanying Exhibits A-L, dated January 12, 2006.

The Memorandum and Exhibits have not been e-filed because the electronic file size exceeds 1.5 megabytes.

The Memorandum and Exhibits have been manually served on all parties.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT,
RESPECTFULLY SUBMITTED,
RAMONA E. DESALVO, ESQ.

By *June M. Sullivan* (signature)
June M. Sullivan
Fed Bar # 420184
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Her Attorneys

## CERTIFICATION

This is to certify that on this 12th day of January 2006, I hereby mailed a copy of the foregoing to:

Douglas H. Riblet, Esq.
Curtin & Heefner
250 North Pennsylvania Avenue
P. O. Box 217
Morrisville, PA  19067-0217
**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Jill Hartly, Esq.
Sabia & Hartly, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205
**For Christopher Plummer and New England Equity, Inc.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen &
   Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA  19103
**For Charles J. Irving, Esq.**

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
**For Charles J. Irving, Esq.**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Tanya Tymchenko, Esq.
Bingham, McCutchen
One State Street
Hartford, CT 06103-3178
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc.**

Rudolph J. DiMassa, Esq.
DiMassa & Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA 19107
**For Stamford Holding Company**

James E. Miller, Esq.
Sheperd Finkelman Miller & Shah-Chester
65 Main St.
Chester, CT 06412
**For Stamford Holding Company**

/s/ June M. Sullivan
June M. Sullivan

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105