UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK | : | |
| CHRISTOPHER PLUMMER, | : | |
| NEW ENGLAND EQUITY, INC., | : | |
| CHARLES J. IRVING | : | |
| RAMONA E. DESALVO | : | |
| AND MERRILL LNCH PIERCE FENNER & | : | |
| SMITH, INC. | : | |
| Defendants. | : | FEBRUARY 17, 2006 |

**DEFENDANT DESALVO'S REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS
OF DEFENDANT RAMONA E. DESALVO**

The defendant, Ramona E. DeSalvo (hereinafter "DeSalvo"), hereby replies to Plaintiff's Opposition to Motion to Dismiss.

This court ordered the Plaintiff to proceed to arbitration before the American Arbitration Association (hereinafter "AAA") on March 25, 2003. Three years later, the Plaintiff has not actively pursued this claim. First, the only effort the Plaintiff made to comply with this court's order was to file an application with the AAA in March 2005; however, it took the Plaintiff two years to do so. Second, in the year since the Plaintiff filed its application, it has done nothing else to pursue this claim. Third, the Plaintiff

10361.0082

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

apparently has no intention of doing anything soon, as it recently asked AAA to hold this claim in abeyance for another year.

Clearly, the Plaintiff's delays have to end.  This case was filed in July 2002, over 3½ years ago.  The alleged wrongdoing occurred in 1993 – 1995, over 10 years ago.  As a result, the trail has grown cold.  More importantly, the Defendant DeSalvo's ability to defend herself against these claims has been unfairly delayed and prejudiced.  In addition, the parties continue to incur administrative costs to keep this matter on file at AAA, costs that the Defendant should not have to bear.  As a result, the court's assistance is needed to resolve this matter once and for all.  The only appropriate way to do so is to dismiss the claim as a matter of law.

Lastly, even the AAA is puzzled about the status of this claim.  On several occasions, the AAA requested that the parties advise it of the status of the matter.  (See Exhibit A, letters from AAA dated August 2, 2005 and December 13, 2005.)  In response, the Plaintiff expressed its intent to delay matters indefinitely by agreeing to keep the AAA file in abeyance.  (See Exhibit B, letter from AAA dated December 13, 2005 and Plaintiff's e-mail reply.)  Any further delay in this matter is unconscionable.  It took two years to file the claim, and having done so, the Plaintiff has gone back into hiding for another (a third) year.  In fact, the Plaintiff has asked that this matter be held in abeyance for yet another year (i.e the fourth year).  Clearly, under these circum-stances, the case should be dismissed.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

WHEREFORE, DeSalvo seeks to dismiss the claims against her with prejudice under Federal Rule 41(b). It is three years since the initial order for arbitration, yet the Plaintiff has shown no interest in pursuing this claim. DeSalvo should not be forced to incur unnecessary costs and wait indefinitely for relief from Plaintiff's numerous claims. Since the Plaintiff has not demonstrated any intention to abide by this court's order for arbitration, this Court should dismiss those claims with prejudice.

RESPECTFULLY SUBMITTED,
RAMONA E. DESALVO, ESQ.

By_____
David G. Hill
Fed. Bar #ct 13435
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Her Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

      This is to certify that on this 17th day of February 2006, I hereby mailed a copy of the foregoing to:

Douglas H. Riblet, Esq.
Curtin & Heefner
250 North Pennsylvania Avenue
P. O. Box 217
Morrisville, PA 19067-0217
**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103-2205
**For Christopher Plummer and New England Equity, Inc.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen &
   Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA 19103
**For Charles J. Irving, Esq.**

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
**For Charles J. Irving, Esq.**

Tanya Tymchenko, Esq.
Bingham, McCutchen
One State Street
Hartford, CT 06103-3178
**For Merrill, Lynch, Pierce, Fenner & Smith, Inc.**

Rudolph J. DiMassa, Esq.
DiMassa & Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA 19107
**For Stamford Holding Company**

James E. Miller, Esq.
Sheperd Finkelman Miller & Shah-Chester
65 Main St.
Chester, CT 06412
**For Stamford Holding Company**

_____
David G. Hill

790571_1.DOC

790571v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105