# EXHIBIT A

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

August 2, 2005

Via Facsimile

Rudolph J. DiMassa, Esq.
DiMassa Associates, Ltd.
1305 Locust Street
Fourth Floor
Philadelphia, PA 19107

Christopher Plummer
P.O. Box 627
Niantic, CT 06357

David G. Hill, Esq./ June M. Sullivan, Esq., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

Re: 12 199 Y 00156 05
    Stamford Holding Company
    and
    Maureen Clark, Christopher Plummer
    and New England Equity, Inc.
    and
    Ramona E. DeSalvo

Dear Counsel and Parties:

We ask the parties to kindly advise us as to the status of the above referenced matter on or before November 2, 2005.

Please be advised it is the policy of the Association to hold cases in abeyance for one year. The parties may continue to hold the matter in abeyance beyond that period provided they remit a payment of $300.00 to the Association to cover the administrative expense of continued tracking of such cases.

You may also view case financial information, as well as make payments with a credit card online via AAA's WebFile.

Absent remittance of this fee when requested by the Association in one year, we will close our file.

Should you have any questions regarding the above, please do not hesitate to call.

Sincerely,

Hannah R. Cook
Case Manager
401 431 4708
cookh@adr.org

Linda L. Beyea


**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org

December 13, 2005

Via Facsimile

Rudolph J. DiMassa, Esq.
DiMassa Associates, Ltd.
1305 Locust Street
Fourth Floor
Philadelphia, PA 19107

Christopher Plummer
P.O. Box 627
Niantic, CT 06357

David G. Hill, Esq./ June M. Sullivan, Esq., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

Re: 12 199 Y 00156 05
Stamford Holding Company
and
Maureen Clark, Christopher Plummer
and New England Equity, Inc.
and
Ramona E. DeSalvo

Dear Counsel:

This will confirm receipt of letter dated November 1, 2005, from Mr. DiMassa, which is enclosed.

We ask the parties to kindly advise us as to the status of the above referenced matter on or before February 2, 2006.

Please be advised it is the policy of the Association to hold cases in abeyance for one year. The parties may continue to hold the matter in abeyance beyond that period provided they remit a payment of $300.00 to the Association to cover the administrative expense of continued tracking of such cases.

You may also view case financial information, as well as make payments with a credit card online via AAA's WebFile.

The Association will request this fee after this case has been in abeyance for eleven months. Absent remittance of this fee, we will close our file.

Should you have any questions regarding the above, please do not hesitate to call.

Sincerely,

Hannah R. Cook

Case Manager
401 431 4708
cookh@adr.org

*Supervisor Information:* Carli H. Del Solio, 401 431 4810, solioc@adr.org

# EXHIBIT B



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Northeast Case Management Center
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

# FAX

Date: December 13, 2005

To
Rudolph J. DiMassa, Esq.
DiMassa Associates, Ltd.
1305 Locust Street
Fourth Floor
Philadelphia, PA 19107

Christopher Plummer
P.O. Box 627
Niantic, CT 06357

David G. Hill, Esq./ June M. Sullivan, Esq., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

Fax Number:
215-546-8133
860-434-5985
860-548-0006

From: Hannah R. Cook

Number of Pages: (including cover)  4

Re: 12 199 Y 00156 05
  Stamford Holding Company
  and
  Maureen Clark, Christopher Plummer
  and New England Equity, Inc.
  and
  Ramona E. DeSalvo

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT THE NUMBER LISTED ABOVE AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Northeast Case Management Center
Catherine Shanks
Vice President

Christopher Fracasso, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

December 13, 2005

Via Facsimile

Rudolph J. DiMassa, Esq.
DiMassa Associates, Ltd.
1305 Locust Street
Fourth Floor
Philadelphia, PA 19107

Christopher Plummer
P.O. Box 627
Niantic, CT 06357

David G. Hill, Esq./ June M. Sullivan, Esq., Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

Re: 12 199 Y 00156 05
    Stamford Holding Company
    and
    Maureen Clark, Christopher Plummer
    and New England Equity, Inc.
    and
    Ramona E. DeSalvo

Dear Counsel:

This will confirm receipt of letter dated November 1, 2005, from Mr. DiMassa, which is enclosed.

We ask the parties to kindly advise us as to the status of the above referenced matter on or before February 2, 2006.

Please be advised it is the policy of the Association to hold cases in abeyance for one year. The parties may continue to hold the matter in abeyance beyond that period provided they remit a payment of $300.00 to the Association to cover the administrative expense of continued tracking of such cases.

You may also view case financial information, as well as make payments with a credit card online via AAA's WebFile.

The Association will request this fee after this case has been in abeyance for eleven months. Absent remittance of this fee, we will close our file.

Should you have any questions regarding the above, please do not hesitate to call.

Sincerely,

Hannah R. Cook

Case Manager
401 431 4708
cookh@adr.org

*Supervisor Information: Carli H. Del Solio, 401 431 4810, solioc@adr.org*

## Hannah R. Cook

**From:** dimassa13@aol.com
**Sent:** Tuesday, November 01, 2005 9:53 AM
**To:** Hannah R. Cook
**Subject:** Stamford v. Clark

This will confirm that I advised you that the case will remain open.  RJDM