# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Stamford Holding Company

v.

Maureen Clark, et al.

**APPEARANCE**

CASE NUMBER:   3:02 CV 01236 (CFD)

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:** Merrill Lynch Pierce Fenner & Smith, Inc.

May 9, 2006
**Date**

*[Signature]*
**Signature**

ct25891
**Connecticut Federal Bar Number**

Michael D. Blanchard
**Print Clearly or Type Name**

860-240-2700
**Telephone Number**

Bingham McCutchen LLP, One State Street
**Address**

860-240-2800
**Fax Number**

Hartford, CT 06103

michael.blanchard@bingham.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached Certification of Service

*[Signature]*
**Signature**   Michael D. Blanchard

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was served upon the attorneys of record as listed below via the court's electronic notification system or via first-class U.S. Mail on May 9, 2006.


James E. Miller, Esq.
Sheperd Finkelman Miller & Shah-Chester
65 Main Street
Chester, CT  06412

Rudolph J. DiMassa, Esq.
DiMassa & Associates
1305 Locus Street, 14th Floor
Philadelphia, PA  19107

Douglas H. Riblet, Esq.
Curtin & Heffner
250 North Pennsylvania Avenue
Morrisville, PA  19067

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT  06103

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard, Suite 500
Bridgeport, CT 06601

James W. Christie, Esq.
Rex F. Brien, Esq.
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

David G. Hill, Esq.
June M. Sullivan, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Michael D. Blanchard