UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02 CV 01236 (CFD) |
| v. | : | |
| | : | |
| MERRILL LYNCH PIERCE FENNER & SMITH, INC. | : | |
| | : | |
| | : | |
| Defendant. | : | May 9, 2006 |

**MOTION TO CONFIRM ARBITRATION AWARD
AND TO DISMISS ALL CLAIMS AGAINST MERRILL LYNCH**

Defendant Merrill Lynch Pierce Fenner & Smith, Inc. ("Merrill Lynch") hereby moves this Court for an order confirming the arbitration award entered in *Stamford Holding Co. v. Merrill Lynch, Pierce Fenner & Smith*, *Inc.*, NASD Case No. 03-06876 (the "Award") and dismissing this action as against Merrill Lynch with prejudice.

The relevant facts are set forth in the accompanying memorandum of law submitted in support of this motion. For the reasons set forth therein, this Court should confirm the Award, dismiss this action as against Merrill Lynch (which had been stayed pending the outcome of the arbitration), and enter judgment for Merrill Lynch. The period within which Stamford might have moved for an order vacating, modifying or correcting the Award expired months ago. *See* Federal Arbitration Act, 9 U.S.C. § 12 (requiring parties to file any motion to vacate, modify, or correct an award within three months from the time the award was filed or delivered). In any

event, Stamford could not have grounds to seek to vacate, modify or correct the Award, given its express consent to the arbitration panel's dismissal of its claims against Merrill Lynch with prejudice.

WHEREFORE, Merrill Lynch respectfully requests that the Court enter an order confirming the arbitration Award, dismissing Stamford's claims against Merrill Lynch in this action (which had been stayed pending arbitration), and awarding such further relief as the Court deems just and proper.

Dated:  May 9, 2006

**DEFENDANT MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**

By: /s/ Michael D. Blanchard
Michael D. Blanchard (ct25891)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT  06103-3178
(860) 240-2700
michael.blanchard@bingham.com

Of Counsel:

Mary Gail Gearns
Lauren C. Gould
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY  10022
(212) 705-7000
marygail.gearns@bingham.com

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Confirm Arbitration Award and To Dismiss All Claims Against Merrill Lynch was served upon the attorneys of record as listed below via the court's electronic notification system or via first-class U.S. Mail on May 9, 2006.

James E. Miller, Esq.
Sheperd Finkelman Miller & Shah-Chester
65 Main Street
Chester, CT  06412

Rudolph J. DiMassa, Esq.
DiMassa & Associates
1305 Locus Street, 14th Floor
Philadelphia, PA  19107

Douglas H. Riblet, Esq.
Curtin & Heffner
250 North Pennsylvania Avenue
Morrisville, PA  19067

Jill Hartley, Esq.
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT  06103

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard, Suite 500
Bridgeport, CT 06601

James W. Christie, Esq.
Rex F. Brien, Esq.
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA 19103

David G. Hill, Esq.
June M. Sullivan, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

　　　　　　　　　　　　　　　　　　　/s/ Michael D. Blanchard
　　　　　　　　　　　　　　　　　　　Michael D. Blanchard