# EXHIBIT A

# Award
## NASD Dispute Resolution

In the Matter of the Arbitration Between:

Stamford Holding Company (Claimant) v. Merrill, Lynch, Pierce, Fenner & Smith, Inc., Maureen Clark, Christopher Plummer, and New England Equity, Inc. (Respondents)

Case Number: 03-06876                                Hearing Site: Cleveland, Ohio

Nature of the Dispute: Customer v. Member.

### REPRESENTATION OF PARTIES

Claimant, Stamford Holding Company ("Stamford"), hereinafter referred to as "Claimant": Rudolph J. Di Massa, Esq., Di Massa Associates, Philadelphia, PA.

Respondent, Merrill, Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch"), hereinafter referred to as "Respondent": Mary Gail Gearns, Esq., Bingham McCutchen, New York, NY.

### CASE INFORMATION

Statement of Claim filed on or about: September 19, 2003.
Claimant's Motion to Dismiss Merrill Lynch's Statement of Answer, Enter Judgment of Default and for Other Relief filed on or about: January 20, 2004.
Claimant signed the Uniform Submission Agreement: October 6, 2003.

Statement of Answer filed on or about: January 9, 2004.
Respondent signed the Uniform Submission Agreement: October 30, 2004.

### CASE SUMMARY

Claimant asserted the following causes of action: violation of the RICO statute; fraud; breach of fiduciary duty; breach of contract; and failure to supervise. The causes of action relate to unspecified common stock.

Unless specifically admitted in its Answer, Respondent Merrill denied the allegations made in the Statement of Claim and asserted various affirmative defenses.

### RELIEF REQUESTED

Claimant requested compensatory damages in the amount of $5,450,000.00 with compounded

interest; reimbursement of damage and injury to business in an amount as yet undetermined; damages for an undetermined amount for the damages and injury to business trebled in accordance with 18 U.S.C. §1964(c); exemplary damages; punitive damages; reasonable attorneys' fees in accordance with 18 U.S.C. §1964(c); and any and all other relief which this Panel deems just and fair.

Respondent Merrill requested that the Panel dismiss Claimant's Statement of Claim in its entirety, and grant such other, further and different relief as the Panel may deem appropriate.

## OTHER ISSUES CONSIDERED AND DECIDED

On or about June 25, 2004 NASD Dispute Resolution received a Court Order withdrawing all claims against Respondents Maureen Clark, Christopher Plummer, and New England Equity.

A telephonic Pre-hearing Conference was held on July 15, 2005 to hear oral arguments on Claimant's request for an Order of Discontinuance. The Panel granted Claimant's request for an Order of Discontinuance with prejudice, as the Motion relates to Stamford Holding Company, DBA Stamford Holding Corp.

The parties have agreed that the Award in this matter may be executed in counterpart copies or that a handwritten, signed Award may be entered.

## AWARD

After considering the pleadings, the Panel has decided in full and final resolution of the issues submitted for determination as follows:

1. Claimant's claims are denied in their entirety.

2. Any and all relief not specifically addressed herein, including punitive damages, is denied.

## FEES

Pursuant to the Code, the following fees are assessed:

**Filing Fees**
NASD Dispute Resolution will retain or collect the non-refundable filing fees for each claim:
    Initial claim filing fee     = $    600.00

**Member Fees**
Member fees are assessed to each member firm that is a party in these proceedings or to the member firm that employed the associated person at the time of the events giving rise to the dispute. Accordingly, Merrill, Lynch, Pierce, Fenner & Smith is a party.
    Member surcharge     = $  3,750.00
    Pre-hearing process fee     = $     750.00
    Hearing process fee     = $  5,500.00
    Total Member Fees     = $10,000.00

**Forum Fees and Assessments**

The Panel has assessed forum fees for each session conducted. A session is any meeting between the parties and the arbitrators, including a pre-hearing conference with the arbitrators, that lasts four (4) hours or less. Fees associated with these proceedings are:

| | | | |
|---|---|---|---|
| Five (5) Pre-hearing sessions with Panel @ $1,200.00 | | | = $ 6,000.00 |
| Pre-hearing conferences: | October 29, 2004 | 1 session | |
| | December 13, 2004 | 1 session | |
| | February 25, 2005 | 1 session | |
| | March 24, 2005 | 1 session | |
| | July 15, 2005 | 1 session | |
| Total Forum Fees | | | = $ 6,000.00 |

1. The Panel has assessed $4,800.00 of the forum fees against Claimant.
2. The Panel has assessed $1,200.00 of the forum fees against Respondent.

**Fee Summary**

1. Claimant is solely liable for:

| | |
|---|---|
| Initial Filing Fee | = $   600.00 |
| Forum Fees | = $ 4,800.00 |
| Total Fees | = $ 5,400.00 |
| Less payments | = $ 1,800.00 |
| Balance Due NASD Dispute Resolution | = $ 3,600.00 |

2. Respondent is solely liable for:

| | |
|---|---|
| Member Fees | = $10,000.00 |
| Forum Fees | = $ 1,200.00 |
| Total Fees | = $11,200.00 |
| Less payments | = $10,000.00 |
| Balance Due NASD Dispute Resolution | = $ 1,200.00 |

All balances are payable to NASD Dispute Resolution and are due upon receipt pursuant to Rule 10330(g) of the Code.

NASD Dispute Resolution
Arbitration No. 03-06876
Award   Page 4 of 4

Harlita H. Robinson, CPA                                    Public Arbitrator
Blanca E. Ortiz                                             Non-Public Arbitrator

**Concurring Arbitrators' Signatures**

I, the undersigned arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument, which is my award.

_____                                    7-29-05
Kevin R. Zehe                                                Signature Date
Public Arbitrator, Presiding Chairperson


_____                                    _____
Harlita H. Robinson                                          Signature Date
Public Arbitrator


_____                                    _____
Blanca E. Ortiz                                              Signature Date
Non-Public Arbitrator


July 29 2005
Date of Service (For NASD Dispute Resolution use only)

NASD Dispute Resolution
Arbitration No. 03-06876
Award Page 4 of 4

| | |
|---|---|
| Harlita H. Robinson, CPA | Public Arbitrator |
| Blanca E. Ortiz | Non-Public Arbitrator |

**Concurring Arbitrators' Signatures**

I, the undersigned arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument, which is my award.

_____                                   _____
Kevin R. Zehe                                                              Signature Date
Public Arbitrator, Presiding Chairperson

*[signature: Harlita H. Robinson]*                                   **7/18/05**
_____                                   _____
Harlita H. Robinson                                                       Signature Date
Public Arbitrator


_____                                   _____
Blanca E. Ortiz                                                             Signature Date
Non-Public Arbitrator


*July 25, 2005*
_____
Date of Service (For NASD Dispute Resolution use only)

NASD Dispute Resolution
Arbitration No. 03-06876
Award   Page 4 of 4

Harlita H. Robinson, CPA        -    Public Arbitrator
Blanca E. Ortiz                 -    Non-Public Arbitrator

## Concurring Arbitrators' Signatures

I, the undersigned arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument, which is my award.

_____
Kevin R. Zehe
Public Arbitrator, Presiding Chairperson                    Signature Date

_____
Harlita H. Robinson
Public Arbitrator                                           Signature Date

_____/s/_____
Blanca E. Ortiz                                             _July 21, 05_
Non-Public Arbitrator                                       Signature Date

_____July 29, 2005_____
Date of Service (For NASD Dispute Resolution use only)