IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN CLARK et al, | : | |
| | : | |
| Defendants. | : | May 30, 2006 |

**PLAINTIFF'S RESPONSE TO MOTION TO CONFIRM ARBITRATION AWARD OF DEFENDANT MERRILL LYNCH, PIERCE FENNER & SMITH, INC.**

Plaintiff, Stamford Holding Company ("Stamford" or "Plaintiff"), respectfully submits this brief Response to the Motion to Confirm Arbitration Award of Defendant, Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill Lynch" or "Defendant").

Stamford does not oppose confirmation of the arbitration award dated July 29, 2005 ("Award") entered in *Stamford Holding Co. v. Merrill, Lynch Pierce Fenner & Smith, Inc.*, NASD Case No. 03-06786 (the "NASD Arbitration Proceeding"). Although counsel for Stamford in the NASD Arbitration Proceeding, Rudolph J. Di Massa of Di Massa & Associates, Ltd.,[1] disagrees with Merrill Lynch's characterization of the procedural history and record developed in the NASD Arbitration Proceeding and notes that the Award did not constitute an adjudication with respect to the merits of Plaintiff's claims in that proceeding, Stamford does not oppose confirmation of the Award at this time.

---

[1]The undersigned counsel, Shepherd, Finkelman, Miller & Shah, LLC, are local counsel in this action and were not counsel in the NASD Arbitration Proceeding, in which DiMassa & Associates served as Stamford's counsel.

**WHEREFORE**, Plaintiff, Stamford Holding Company, respectfully requests that the Motion to Confirm Arbitration Award of Defendant, Merrill Lynch, Pierce, Fenner & Smith, Inc., be granted in light of Plaintiff's agreement that confirmation of the arbitration award is appropriate under the circumstances.

Dated: May 30, 2006

/s/ James E. Miller
James E. Miller
Federal Bar No. CT-21560
Patrick A. Klingman
Federal Bar No. CT-17813
Shepherd, Finkelman, Miller, & Shah, LLC
65 Main Street
Chester, CT 06412
(Tel)(860) 526-1100
(Fax)(860) 526-1120
(E-mail) jmiller@sfmslaw.com

Rudolph J. DiMassa
DiMassa & Associates
1305 Locust Street, Fourth Floor
Philadelphia, Pennsylvania 19107
(Tel)(215) 545-4333
(Fax)(215) 546-8133
(E-mail) DiMassa13@aol.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 30, 2006, a copy of the foregoing Response to the Motion to Confirm Arbitration Award was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: May 30, 2006　　　　　　　　　　/s/ James E. Miller
　　　　　　　　　　　　　　　　　　　James E. Miller
　　　　　　　　　　　　　　　　　　　Federal Bar No. CT-21560
　　　　　　　　　　　　　　　　　　　Patrick A. Klingman
　　　　　　　　　　　　　　　　　　　Federal Bar No. CT-17813
　　　　　　　　　　　　　　　　　　　Shepherd, Finkelman, Miller, & Shah, LLC
　　　　　　　　　　　　　　　　　　　65 Main Street
　　　　　　　　　　　　　　　　　　　Chester, CT 06412
　　　　　　　　　　　　　　　　　　　(Tel)(860) 526-1100
　　　　　　　　　　　　　　　　　　　(Fax)(860) 526-1120
　　　　　　　　　　　　　　　　　　　(E-mail) jmiller@sfmslaw.com