UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAMFORD HOLDING CO., ) | Case No. 3:02-CV-1236 (CFD) |
| ) | |
| v. ) | |
| ) | |
| MAUREEN CLARK, *et al.* ) | September 1, 2006 |

## APPEARANCE

Please enter the appearance of the undersigned as counsel for Plaintiff Stamford Holding Company in connection with the above-captioned action.

Respectfully submitted,

_____
Patrick A. Klingman (ct17813)
pklingman@sfmslaw.com

**Shepherd, Finkelman, Miller & Shah, LLC**
65 Main Street
Chester, Connecticut  06412
(860) 526-1100
(860) 526-1120 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Patrick A. Klingman (ct17813)
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, Connecticut 06412-1311
Phone: (860) 526-1100
Fax: (860) 526-1120
E-mail: pklingman@sfmslaw.com