UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAMFORD HOLDING CO., | Case No. 3:02-CV-1236 (CFD) |
| v. | |
| MAUREEN CLARK, *et al.* | September 7, 2006 |

## MOTION FOR ADMISSION OF
## ANTHONY M. DIMASSA AS VISITING LAWYER

Patrick A. Klingman, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of Attorney Anthony M. Di Massa, of Di Massa Associates Ltd., as a visiting lawyer to represent Plaintiff Stamford Holding Company in the above-captioned action. In support of this motion, the Affidavit of Attorney Di Massa is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers may be made upon James E. Miller or Patrick A. Klingman at Shepherd Finkelman Miller & Shah, LLC, 65 Main Street, Chester, Connecticut 06412.

Respectfully submitted,

PLAINTIFF

By: _____
James E. Miller (ct21560)
jmiller@sfmslaw.com
Patrick A. Klingman (ct17813)
pklingman@sfmslaw.com
**Shepherd, Finkelman, Miller & Shah, LLC**
65 Main Street
Chester, Connecticut 06412
(860) 526-1100
(860) 526-1120 (facsimile)

Rudolph J. Di Massa
dimassa13@aol.com
Di Massa Associates Ltd.
157 Juniper Road
Havertown, Pennsylvania 19083
(610) 446-0156
(610) 449-0216 (facsimile)

Its Counsel

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAMFORD HOLDING CO., ) | Case No. 3:02-CV-1236 (CFD) |
| ) | |
| v. ) | |
| ) | |
| MAUREEN CLARK, *et al.* ) | September 5, 2006 |

### AFFIDAVIT OF ANTHONY M. DI MASSA

Anthony M. Di Massa, Esquire, being first duly sworn, deposes and says:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I submit this affidavit in support of the Motion for my admission as a visiting lawyer in connection with the above-captioned action.

3. I am a partner in the law firm of Di Massa Associates, Ltd. My address, telephone number, facsimile number and e-mail address are as follows:

> Anthony M. Di Massa, Esquire
> Di Massa Associates, Ltd.
> 157 Juniper Road
> Havertown, Pennsylvania 19083
> (610) 446-0156
> (610) 449-0216 (facsimile)
> dimassa14@aol.com

4. I am a member in good standing of the bars of the following courts and jurisdictions: the Commonwealth of Pennsylvania; and the United States District Court for the Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit.

5. I have not been denied admission or disciplined by this Court or any other court.

6.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Dated: September 5th, 2006

_____
Anthony M. Di Massa

Subscribed and sworn to before me
this 5th day of September, 2006.

_____
Notary Public
My Commission Expires

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
CATHERINE R. CUSH, Notary Public
  City of Philadelphia, Phila. County
My Commission Expires October 19, 2009
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2006, copies of the Motion for Admission of Anthony M. Di Massa, together with supporting Affidavit, were sent, via first-class mail, postage prepaid, to the following:

Douglas H. Riblet
Curtin & Heefner
P.O. Box 217
250 Pennsylvania Aveneue
Morrisville, PA 19067-0217

Jill Hartley
Sabia & Hartley, LLC
190 Trumbull Street Suite 202
Hartford, CT 06103-2205

Edward R. Scofield
Stuart D. Bear
Zeldes, Needle & Cooper
1000 Lafayette Blvd. Suite 500
P.O. Box 1740
Bridgeport, CT 06601-1740

James W. Christie
Rex F. Brien
Christie, Pabarue, Mortensen & Young
1880 JFK Blvd. 10th Floor
Philadelphia, PA 19103

David G. Hill
June M. Sullivan
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Patrick A. Klingman