UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STAMFORD HOLDING COMPANY<br>Plaintiff, | CIVIL ACTION<br>NO. 3:02CV1236(CFD) |
| V. | |
| MAUREEN CLARK<br>CHRISTOPHER PLUMMER,<br>NEW ENGLAND EQUITY, INC.,<br>CHARLES J. IRVING<br>RAMONA E. DESALVO<br>AND MERRILL LNCH PIERCE FENNER &<br>SMITH, INC.<br>Defendants. | MAY 25, 2007 |

## MOTION FOR INVOLUNTARY DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(b), the defendant Ramona Desalvo, respectfully moves this Court for an involuntary dismissal of this case with prejudice for the plaintiff's failure to prosecute this matter with reasonable diligence. Specifically, the court ordered the parties to arbitration over 4 years ago. After four years of delay, the plaintiff voluntarily withdrew, with prejudice, any and all claims against this defendant. Therefore, pursuant to that withdrawal, the defendant seeks an involuntary dismissal pursuant to Rule 41(b).

In support of the present motion, defendant DeSalvo has attached a memorandum of law with several exhibits by plaintiff's counsel, and a signed release by the plaintiffs, all of which show their intention to withdraw both the arbitration proceeding and the federal lawsuit as well.

10361 0082

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

RESPECTFULLY SUBMITTED,
RAMONA E. DESALVO, ESQ.

By /S/
David G. Hill
Fed. Bar #ct 13435
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Her Attorneys

-2-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

I hereby certify that on May 25, 2007 a copy of foregoing Motion for Involuntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Douglas H. Riblet, Esq.
Curtin & Heefner
250 North Pennsylvania Avenue
P. O. Box 217
Morrisville, PA  19067-0217

**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen &
  Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA  19103

**For Charles J. Irving, Esq.**

James E. Miller, Esq.
Sheperd Finkelman Miller & Shah-Chester
65 Main St.
Chester, CT 06412

**For Stamford Holding Company**

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740

**For Charles J. Irving, Esq.**

Anthony DiMassa, Esq.
DiMassa & Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA  19107

**For Stamford Holding Company**

/s/
David G. Hill

993251v 1

-3-

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105