# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Stamford Holding Company

V.

Maureen Clark ET Al

**APPEARANCE**

CASE NUMBER: 3:02CV1236(CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Maureen Clark
Pro-Se

_6-11-07_
**Date**

_____
**Connecticut Federal Bar Number**

_860 857 6702_
**Telephone Number**

_____
**Fax Number**

_ClarkMaureen@SBCglobal.NET_
**E-mail address**

_M. Clark_
**Signature**

_Maureen Clark_
**Print Clearly or Type Name**

_123 Tipping Rock Road_
**Address**

_Stonington, CT 06378_

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Rex Brian - Philadelphia PA
James Miller - Chester, CT
Anthony Dimessa - Philadelphia PA
Edward Seafield - Bridgeport, CT
David Hill - Hartford, CT

_M. Clark_
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24