# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Stamford Holding Company
v.
Clark, Maureen ET AL

**APPEARANCE**

CASE NUMBER: 3:02 CV 1236 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Christopher Plummer
PRO-SE

_____6-11-07_____
Date

_____
Signature

_____
Connecticut Federal Bar Number

Christopher Plummer
Print Clearly or Type Name

__860-857-6704__
Telephone Number

P.O. Box 6217
Address

_____
Fax Number

Niantic, CT 06357

PlummerChristopher@sbcglobal.net
E-mail address

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Rex Brien - Philadelphia, PA
James Miller - Chester, CT
Anthony Pimassa - Philadelphia, PA
Edward Scofield - Bridgeport, CT
David Hill - Hartford, CT

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24