FILED

2007 JUN 11 P 12:29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK | : | |
| CHRISTOPHER PLUMMER, | : | |
| NEW ENGLAND EQUITY, INC., | : | |
| ATTORNEY CHARLES J. IRVING | : | |
| ATTORNEY RAMONA E. DESALVO | : | |
| AND MERRILL LYNCH PIERCE FENNER & | : | |
| SMITH, INC. | : | |
| Defendants. | : | JUNE 7, 2007 |

**MOTION FOR INVOLUNTARY DISMISSAL
AND REQUEST FOR TIME TO FILE SANCTIONS PURSUANT TO RULE 11.**

Pursuant to the Federal Rules of Civil Procedure 41(b), the defendant Christopher Plummer, respectfully moves this Court for an involuntary dismissal of this case with prejudice for the plaintiff's failure to prosecute this matter with reasonable diligence. Specifically, the court ordered the parties to arbitration over 4 years ago. After over 4 years of plaintiffs deliberate delay, the plaintiff on the eve of trial, voluntarily withdrew, with prejudice, any and all claims against this defendant. Therefore, pursuant to that withdrawal, the defendant seeks an involuntary dismissal pursuant to Rule 41(b).

Further, the defendant Christopher Plummer requests the Court leave open the file in order that defendant may file a motion for sanctions pursuant to Rule 11.

In support of the present motion for involuntary dismissal, defendant Plummer has attached a memorandum of law with several exhibits by plaintiff's counsel, an

amended Claim previously filed by Plaintiff in Arbitration removing the defendants Maureen Clark, Christopher Plummer, New England Equity, Inc from any and all claims in AAA and a signed release by the plaintiffs, all of which show their intention to withdraw both the arbitration proceeding and the federal lawsuit as well.

RESPECTFULLY SUBMITTED,

                              CHRISTOPHER PLUMMER

                              By_____
                              Christopher Plummer
                              Pro-se

## CERTIFICATION

     I hereby certify that on June 7, 2007 a copy of foregoing motion for involuntary dismissal and request for time to file sanctions pursuant to rule 11 was and served by mail on all parties.

Douglas H. Riblet, Esq.  
Curtin & Heefner  
250 North Pennsylvania Avenue  
P. O. Box 217  
Morrisville, PA  19067-0217

**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Rex F. Brien, Esq.  
James W. Christie, Esq.  
Christie, Pabarue, Mortensen &  
  Young  
1880 JFK Blvd., 10th Floor  
Philadelphia, PA  19103

**For Charles J. Irving, Esq.**

James E. Miller, Esq.  
Sheperd Finkelman Miller & Shah-Chester  
65 Main St.  
Chester, CT 06412

**For Stamford Holding Company**

Edward R. Scofield, Esq.  
Zeldes, Needle & Cooper  
1000 Lafayette Blvd., Suite 500  
PO Box 1740  
Bridgeport, CT 06601-1740

**For Charles J. Irving, Esq.**

Anthony DiMassa, Esq.  
DiMassa & Associates, Ltd.  
1305 Locust Street, 4th Floor  
Philadelphia, PA  19107

**For Stamford Holding Company**

_____  
Christopher Plummer