UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **STAMFORD HOLDING COMPANY** : | Case No. 3:02-CV-1236 (CFD) |
| PLAINTIFF : | |
| v. : | |
| : | |
| **MAUREEN CLARK**, *et al.* : | |
| DEFENDANTS : | June 27, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR INVOLUNTARY DISMISSAL**

On June 11, 2007, Defendants Maureen Clark and Christopher Plummer filed Motions for Involuntary Dismissal and Request for Time to File Sanctions Pursuant to Rule 11: the Defendants apparently filed their Motions by hand with the Clerk of the District Court on June 11, 2007, but never served those Motions on Plaintiff's counsel. The Motions were hand filed, but not electronically filed, and the Defendants Certificate of Service indicates that the Motions were served by mail on Plaintiff's counsel, at his old address at 1305 Locust Street, Philadelphia, PA. Plaintiff's counsel's forwarding order at that address expired in January of 2007, and Plaintiff's counsel did not receive copies of the Motions, nor was Plaintiff's counsel aware that the Motions were filed, until Mr. Plummer, in a telephone conference with the Arbitrator on June 26, 2007, notified Plaintiff's counsel that he had filed the Motions.

Unfortunately, the Clerk's office did not enter the Motions on the electronic filing system until June 26, 2007: following the conclusion of the Arbitrator's telephone conference on June 26, 2007, at approximately 3:15pm, Plaintiff's counsel received notice of the filing of the motions, and copies of the motions, through the electronic filing service for the first time on that date. While the docket text on the electronic filing transmission indicates that responses are due to these motions by July 2, 2007, the text also indicates the documents were not downloaded on the electronic filing system until June 26, 2007. Pursuant to the applicable rules of procedure, Plaintiff has twenty days from filing and service of the motions to file a response: in this case, Plaintiff's counsel did not receive the motions until the afternoon of June 26, 2007,

giving Plaintiff's counsel four business days to file a response. Accordingly, Plaintiff's counsel requests permission to file a response to these motions within twenty days from receipt of the motions on June 26, 2007, and/or by no later than Monday, July 16, 2007.

                Respectfully submitted,

                /s/ Patrick A. Klingman
                James E. Miller
                Federal Bar No. CT-21560
                Patrick A. Klingman
                Federal Bar No. CT-17813
                Shepherd, Finkelman, Miller, & Shah, LLC
                65 Main Street
                Chester, CT 06412
                (Tel)(860) 526-1100
                (Fax)(860) 526-1120
                (E-mail) pklingman@sfmslaw.com

                Anthony M. Di Massa (pro hac vice; PHV01360)
                Di Massa & Associates LTD
                157 Juniper Road
                Havertown, PA 19083-5409
                (Tel)(610) 446-0156
                (Fax)(610) 449-0216
                (E-mail) dimassa14@aol.com

                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2007, a copy of the foregoing, together with attached Memorandum, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick A. Klingman
James E. Miller
Federal Bar No. CT-21560
Patrick A. Klingman
Federal Bar No. CT-17813
Shepherd, Finkelman, Miller, & Shah, LLC
65 Main Street
Chester, CT 06412
(Tel)(860) 526-1100
(Fax)(860) 526-1120
(E-mail) pklingman@sfmslaw.com

Anthony M. Di Massa (pro hac vice; PHV01360)
Di Massa & Associates LTD
157 Juniper Road
Havertown, PA 19083-5409
(Tel)(610) 446-0156
(Fax)(610) 449-0216
(E-mail) dimassa14@aol.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **STAMFORD HOLDING COMPANY** | : | **Case No. 3:02-CV-1236 (CFD)** |
| **PLAINTIFF** | : | |
| v. | : | |
| | : | |
| **MAUREEN CLARK**, *et al.* | : | |
| **DEFENDANTS** | : | **June 27, 2007** |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTIONS FOR INVOLUNTARY DISMISSAL**

Plaintiff Stamford Holding Company respectfully submits this Memorandum of Law in Support of Plaintiff's Motion for Extension of Time to File Responses to the Motions for Involuntary Dismissal of Defendants Maureen Clark and Christopher Plummer. For the reasons explained fully below, the motion should be granted.

**INTRODUCTION**

Defendant Christopher Plummer pro se, and Defendant Maureen Clark pro se, filed Motions for Involuntary Dismissal on or about June 11, 2007: the response to these motions is due July 2, 2007. Defendants never served the motions on the Plaintiff or the Plaintiff's counsel, and the Defendants' Certificates of Service indicates the motions were mailed to Plaintiff's counsel at his old address at 1305 Locust Street, Philadelphia, PA, even though all parties were aware of Plaintiff's counsel new address. The U.S. Mail forwarding order for that address had expired in January of 2007.

On June 26, 2007 at 2pm the Arbitrator assigned to the case had a telephone conference, wherein for the first time, Defendant Christopher Plummer indicated that these Motions had been filed on June 11, 2007: following the conclusion of the telephone conference call with the Arbitrator, at approximately 3:15pm, Plaintiff's counsel received through email the electronic filing service notice of the filing of the motions and a copy of the motions and attached memoranda. A review of the motions indicates that they are

essentially restatements of the motion that DeSalvo had filed with the Court on May 25, 2007: Plaintiff submits that the motions have no merit, and should be denied.

**ARGUMENT**

Pursuant to the applicable rules of procedure, Plaintiff has twenty days to respond to the motions: Plaintiff had no idea that the motions were filed, and was never served with the motions, until the electronic filing service forwarded them to Plaintiff's counsel on the afternoon of June 26, 2007. Under the circumstances, it would be extremely unfair to require Plaintiff to file a response to these Motions by July 2, 2007, since the motions themselves were not received until the afternoon of June 26, 2007. Accordingly, Plaintiff respectfully requests that this Honorable Court grant Plaintiff's application for an extension of time to answer the motions, which extension would be at least twenty days from June 26, 2007, and/or by no later than Monday, July 16, 2007.

Respectfully submitted,

/s/ Patrick A. Klingman
James E. Miller
Federal Bar No. CT-21560
Patrick A. Klingman
Federal Bar No. CT-17813
Shepherd, Finkelman, Miller, & Shah, LLC
65 Main Street
Chester, CT 06412
(Tel)(860) 526-1100
(Fax)(860) 526-1120
(E-mail) pklingman@sfmslaw.com

Anthony M. Di Massa (pro hac vice; PHV01360)
Di Massa & Associates LTD
157 Juniper Road
Havertown, PA 19083-5409
(Tel)(610) 446-0156
(Fax)(610) 449-0216
(E-mail) dimassa14@aol.com

Attorneys for Plaintiff