UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
|                Plaintiff, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK | : | |
| CHRISTOPHER PLUMMER, | : | |
| NEW ENGLAND EQUITY, INC., | : | |
| ATTORNEY CHARLES J. IRVING | : | |
| ATTORNEY RAMONA E. DESALVO | : | |
| AND MERRILL LYNCH PIERCE FENNER & | : | |
| SMITH, INC. | : | |
|                Defendants. | : | JULY 2, 2007 |

**MOTION FOR ORDER IMPOSING SANCTIONS PURSUANT
TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to the Federal Rules of Civil Procedure Rule 11(c), the Defendant Maureen Clark respectfully moves this Court for an order imposing sanctions against Plaintiff's counsel Anthony Dimassa, Rudolph Dimassa, The law firm of DiMassa & Associates, Stamford Holding, Edmund Massullo and Anne Marie Massullo for the conduct of Plaintiff's counsel.

Plaintiff's counsel submitted deliberate misrepresentations and allegations unsupported by fact or law, to this Court in the instant COMPLAINT and in PLAINTIFF'S RESPONSE To (1) Motions for Involuntary Withdrawal (2) Motions for Dismissal (3) Motions for extensions.

Plaintiff's counsel has had ample opportunity to correct or otherwise withdraw the Complaint and Responses but has failed to do so. Accordingly, Ms. Clark requests that this Court impose against Plaintiff's counsel and law firm (1) penalties sufficient to deter future conduct of like nature inclusive of all fees and costs associated with the defense of this and all other associated actions, and (2) an order enjoining Anthony Dimassa

-2-

and the Law Firm of Dimassa & Associates and its client Stamford Holding Company and its shareholders Edmund Massullo and Anne Marie Massullo from instituting any action and/or bringing any lawsuit for any and all claims against Defendant Plummer.

In support of the present motion for order imposing sanctions pursuant to Rule 11(c) of the federal rules of civil procedure, Defendant Clark has attached a memorandum of law with several exhibits in support of the present Motion.

RESPECTFULLY SUBMITTED,

                                      MAUREEN CLARK

                                      By_____
                                      Maureen Clark
                                      123 Tipping Rock Road
                                      Stonington, Connecticut 06378
                                      Tel: 860-857-6702

## CERTIFICATION

I hereby certify that on July 2, 2007 a copy of foregoing motion for Sanctions pursuant to Rule 11 was served by mail on all parties.

Douglas H. Riblet, Esq.
Curtin & Heefner
250 North Pennsylvania Avenue
P. O. Box 217
Morrisville, PA  19067-0217

**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen &
  Young
1880 JFK Blvd., 10th Floor
Philadelphia, PA  19103

**For Charles J. Irving, Esq.**

James E. Miller, Esq.
Sheperd Finkelman Miller & Shah-Chester
65 Main St.
Chester, CT 06412

**For Stamford Holding Company**

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Blvd., Suite 500
PO Box 1740
Bridgeport, CT 06601-1740

**For Charles J. Irving, Esq.**

Anthony DiMassa, Esq.
DiMassa & Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA  19107

**For Stamford Holding Company**

David Hill
Holoran and Sage
Hartford, CT

**For Attorney Ramona Desalvo**

_____
Maureen Clark

-3-