UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY | : | CIVIL ACTION |
|                Plaintiff, | : | NO. 3:02CV1236(CFD) |
| V. | : | |
| | : | |
| MAUREEN CLARK | : | |
| CHRISTOPHER PLUMMER, | : | |
| NEW ENGLAND EQUITY, INC., | : | |
| CHARLES J. IRVING AND | : | |
| RAMONA E. DESALVO | : | |
|                Defendants. | : | JULY 5, 2007 |

**MOTION FOR EXPEDITED CONSIDERATION OF
DEFENDANT DESALVO'S RULE 41 (b) MOTION FOR DISMISSAL**

By consent of the parties, defendant, Ramona E. Desalvo hereby moves for expedited consideration of her Motion for Rule 41(b) Dismissal, which is dated May 25, 2007. During a conference call with the AAA arbitrator on June 26, 2007, the parties agreed to request an expedited decision to end the numerous delays that have occurred in the past several years. By way of clarification, the court is asked to expedite its consideration of the following motion/pleadings:

- Defendant DeSalvo's Motion for Rule 41(b) Dismissal dated May 25, 2007;

- Plaintiff's Memorandum in Opposition dated June 15, 2007;

- Defendant's Reply Memorandum dated July 3, 2007.

Defendant DeSalvo submits that expedited consideration of her Motion is needed to determine if there is still a viable and valid claim before this Court. Defendant submits

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

10361.0082
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

that this claim, as well as the arbitration claim, was withdrawn by Plaintiff with prejudice; therefore, Defendant now seeks an involuntary dismissal pursuant to said withdrawal. Plaintiff objects for reasons defense counsel will not try to summarize, but which are stated in its Memorandum in Opposition dated June 15, 2007.

WHEREFORE, for the reasons stated above, the parties hereby request that this Court grant this Motion and consider Defendant's Motion to Dismiss in an expedited fashion.

RESPECTFULLY SUBMITTED,
RAMONA E. DESALVO, ESQ.

By _____/S/_____
David G. Hill, Esq.
Fed. Bar #ct 13435
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Her Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

       I hereby certify that on July 5, 2007 a copy of foregoing Motion for Expedited Consideration was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Douglas H. Riblet, Esq.
Curtin & Heefner
250 North Pennsylvania Avenue
P. O. Box 217
Morrisville, PA  19067-0217
**For Maureen Clark, Christopher Plummer and New England Equity, Inc.**

Edward R. Scofield, Esq.
Zeldes, Needle & Cooper
1000 Lafayette Boulevard, Suite 500
PO Box 1740
Bridgeport, CT 06601-1740
**For Charles J. Irving, Esq.**

Rex F. Brien, Esq.
James W. Christie, Esq.
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard, 10th Floor
Philadelphia, PA  19103
**For Charles J. Irving, Esq.**

Anthony Di Massa, Esq.
DiMassa & Associates, Ltd.
1305 Locust Street, 4th Floor
Philadelphia, PA  19107
**For Stamford Holding Company**

James E. Miller, Esq.
Patrick A. Klingman, Esq.
Sheperd Finkelman Miller & Shah-Chester
65 Main Street
Chester, CT 06412
**For Stamford Holding Company**

Ms. Maureen Clark
123 Tipping Rock Road
Stonington, CT 06378
860-857-6702
**(Pro Se)**

Mr. Christopher Plummer
P.O. Box 627
Niantic, CT 06357
860-857-6704
**(Pro se)**

                                                                                                  _____
                                                                                                   David G. Hill

1009385v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105