# EXHIBIT A

Subj: **AAA CASE 12 199 Y 00156 05: Stamford et al.**
Date: 5/25/2007 10:41:43 AM Eastern Daylight Time
From: Cookh@adr.org
To: dimassa14@aol.com, plummerchristopher@sbcglobal.net, hill@halloran-sage.com
CC: hmazadoorian@comcast.net

Dear Counsel:

Please see the following Order of the Arbitrator:

At a conference call on May 22 2007, it was agreed among the parties that:

1. Counsel for Claimant and Respondent DeSalvo will file a Motion for Dismissal by stipulation of their clients in the US District Court for the District of CT (No 3:02CV1236(CFD) by June 5th 2007. Counsel agree that such Dismissal will render this arbitration proceeding moot as to their clients.

2. Mr DiMassa will file a Motion for Dismissal by stipulation of his client and Defendant Irving in the US District Court for the District of Connecticut( No 3:02CV1236) by June 5th 2007. Claimant's Counsel agrees that such Dismissal will render this arbitration proceeding moot as to its clients.

3. Respondent Plummer and/or his related Respondents? Defendants will file a claim for dismissal or other request or action sought with the US District Court for the District of Connecticut( No 3:02CV1236) by June 12th 2007.

4. Copies of all of the above filings will be submitted by the filing counsel or party to the American Arbitration Association.

5. Counsel or parties will advise the Association of all action taken and orders by the Court upon their motions.

6. Any matters not disposed of by the above filings will continue in this arbitration proceeding to the extent ordered by the March 23 2003 Order of Judge Christopher F. Droney.

7. Another scheduling conference call will be scheduled with remaining parties to the Arbitration after the aforementioned District Court matters have been completed or at a time to be determined by the Arbitrator.

Sincerely,

Hannah R. Cook

American Arbitration Association-Northeast Case Management Center

950 Warren Avenue

East Providence, RI 02914

Toll Free: 866-293-4053

Direct Dial: (401) 431-4708

Facsimile: (401) 435-6529

www.adr.org

Supervisor Information: Heather Santo, 401-431-4702 santoh@adr.org

This e-mail communication is confidential and is intended only for the individuals or entity named above and

Friday, May 25, 2007 America Online: dimassa14

others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (866) 293 4053 during the hours of 8:30 A.M.- 5:30 P.M. (eastern time). Please then delete the e-mail and any copies of it. Thank you.