# EXHIBIT B



# HALLORAN
# &SAGE LLP
ATTORNEYS AT LAW

DAVID G. HILL   Direct 860 297-4628   hill@halloran-sage.com

May 29, 2007

Ms. Hannah R. Cook
Case Manager
American Arbitration Association
950 Warren Avenue
East Providence, RI 02914

Re: **Stamford Holding Company v. Maureen Clark, et al.**
AAA Case No. : 12 199 Y 00156 05
Our File No.  : 10361.0082

Dear Ms. Cook/Mr. Mazadoorian:

After further discussion with my client, she will not agree to waive any claims against the plaintiff/claimant and/or counsel. As a result, in compliance with Mr. Mazadoorian's order, I have attached a copy of our Rule 41(b) motion that was filed in federal court today. In our recent conference call, Mr. Di Massa offered to allow a dismissal by consent, but only if Attorney DeSalvo agreed to release any and all claims. Again, she will not do so, therefore, our motion is an involuntary one under Rule 41(b).

Lastly, by way of clarification, Attorney DeSalvo has not decided whether she intends to seek sanctions. However, in the event she wishes to do so, she does not want to have waived that option, which is why our motion is an involuntary one.

At this point, we agree with Mr. Di Massa that the arbitration matter is concluded. We now await guidance from the federal court as to whether dismissal will enter pursuant to the claimant's voluntary withdrawal with prejudice.

Thank you for your attention to this matter.

Very truly yours,

David G. Hill

DGH/ekc

Ms. Hannah R. Cook
May 29, 2007
Page 2


cc:   Anthony M. Di Massa, Esq.
      Christopher Plummer, Esq.

995366v.1