# EXHIBIT D

# AMERICAN ARBITRATION ASSOCIATION
## Notice of Commercial Hearings

July 3, 2007

Edmund Massullo, MD
Owner/Sole Shareholder
3805 Villa Rosa Drive
Canfield, OH 44406

Christopher Plummer
P.O. Box 627
Niantic, CT 06357

David G. Hill, Esq./ June M. Sullivan, Esq., Esq.
Halloran & Sage, LLP
225 Asylum Street
One Goodwin Square
Hartford, CT 06103

Re: 12 199 Y 00156 05
    Stamford Holding Company
    and
    Maureen Clark, Christopher Plummer
    and New England Equity, Inc.
    and
    Ramona E. DeSalvo

PLEASE TAKE NOTICE that hearings in the above-entitled arbitration will be held as follows:

Place:    TBD
          To be determined at a later date

Date: January 16, 2008
Time: 10:00 AM

Date: January 17, 2008
Time: 10:00 AM

Before:   Harry N. Mazadoorian

NOTE: Should you require special equipment for the hearing, please contact your Case Manager

Please attend promptly with your witnesses and be prepared to present your proofs.

        Hannah R. Cook
        Case Manager
        401 431 4708

NOTICE: The arbitrator has arranged his schedule and reserved the above dates. Therefore, every effort should be made to appear on the dates scheduled. In the event that unforeseen circumstances make it impossible to attend the hearing as scheduled, a party requesting a postponement should obtain the agreement of the other parties. If there is no mutual agreement, the arbitrator will make a determination. All requests for postponements must be communicated to the Case Manager, not the arbitrator. There should be no direct communication between the parties and the neutral arbitrator. In some instances, postponements are subject to cancellation fees by the arbitrator. Any party wishing a stenographic record must make arrangements directly with the stenographer and notify the other parties of the arrangements in advance of the hearings.

cc: Harry N. Mazadoorian, Esq.