UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDINGS CO.<br>Plaintiff, | : | CIVIL ACTION NO.<br>02-CV-1236 (CFD) |
| | : | |
| v. | | |
| | : | |
| MAUREEN CLARK, ET AL<br>Defendants. | : | SEPTEMBER 20, 2007 |

### JOINT MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to L.Civ.R. 7(e), the undersigned attorneys request leave to withdraw their appearances as counsel for Defendants, Christopher Plummer and New England Equity, Inc. ("NEE").[1]

Attorney Jill Hartley has appeared on behalf of the Defendants in her capacity as local counsel and Attorney Douglas Riblet has appeared on behalf of the Defendants in his capacity as lead counsel (he was admitted pro hac vice on November 22, 2002 and appeared on December 4, 2002).

On or about June 17, 2004, Attorney Jill Hartley filed a motion for leave to withdraw her appearance due to the Defendants' failure to pay any attorney's fees or costs incurred in connection with Attorney Hartley's representation of Defendants (the "First Motion"). On September 3, 2004, this Court denied the First Motion without prejudice to renew it "after new local counsel enters an appearance." After receiving this Court's ruling in September of 2004,

---

[1] Defendant Christopher Plummer and NEE will hereafter be referred to collectively as "Defendants."

Attorney Hartley inquired of Defendants as to whether and when they intended to retain and procure the appearance of local counsel to replace Attorney Hartley. No response was ever forthcoming.

On or about June 11, 2007, Christopher Plummer and Maureen Clark each filed a pro se appearance in their individual capacities.[2]

Pursuant to Local Rule 7(e), Attorney Hartley renews her request for leave to withdraw her appearance and Attorney Douglas Riblet moves for leave to withdraw his appearance given Defendant, Christopher Plummer's, filing of a pro se appearance and given the fact that the only other principal of NEE, Maureen Clark, has also filed a pro se appearance.

Should it be necessary, both Attorney Hartley and Attorney Riblet also request leave to withdraw their respective appearances for good cause due to Defendants' persistent non-responsiveness and the non-payment of attorney's fees which have been overdue for many years. Specifically, Attorney Hartley has never been paid any attorney's fees for her representation of the Defendants. Although she is not the primary contact for these Defendants, she did not receive any response from Defendants to her request that they identify local counsel to replace her. Attorney Riblet has been owed in excess of $5,000.00 in fees and

---

[2]On information and belief, the only principals of NEE are Defendants Christopher Plummer and Maureen Clark.

costs since May of 2004. Further, Defendants have failed to respond to Attorney Riblet's correspondence and emails with regard to this case for over a year.

The undersigned recently received notice that a settlement conference will be held in the above-captioned matter before Judge Smith on October 12, 2007. On September 18, 2007, Attorney Riblet and Attorney Hartley corresponded with the Defendants and asked them to confirm that they intend to represent their own interests and those of NEE at the upcoming settlement conference (in light of the pro se appearances).[3] In keeping with the Defendants' pattern of non-responsiveness in this case, neither Attorney Riblet nor Attorney Hartley has received any reply from Defendants.

WHEREFORE, Attorneys Hartley and Riblet both respectfully request that the Court grant them leave to withdraw their respective appearances on behalf of Defendants in the instant action.

By _____
Jill Hartley, Esquire
Fed. Bar No. CT 10570
Law Offices of Jill Hartley, LLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
(860) 249-7143
(860) 249-7144 (facsimile)

---

[3] Attorney Riblet's email and letter, and Attorney Hartley's email are attached hereto as Exhibit A.

By _____ for
Douglas H. Riblet, Esquire
Curtlin & Heefner
P.O. Box 217
250 North Pennsylvania Avenue
Morrisville, PA 19067-0217
(215) 736-2521

4

## CERTIFICATION

      I hereby certify that a copy of the foregoing was sent via U.S. Mail, first class, postage prepaid, on this 20th day of September, 2007 to:

| | |
|---|---|
| James E. Miller, Esq.<br>Shepherd, Finkelman, Miller et al.<br>One Lewis Street<br>Hartford, CT 06103 | Edward R. Scofield, Esq.<br>Zeles, Needle & Cooper<br>1000 Lafayette Boulevard<br>P.O. Box 1740<br>Bridgeport, CT 06601 |
| Rudolph J. DiMassa, Esq.<br>DiMassa & Associates<br>1305 Locus Street, 4th Floor<br>Philadelphia, PA 19107 | James W. Christie, Esq.<br>Rex F. Brien, Esq.<br>Christie, Pabarue et al.<br>1880 JFK Boulevard, 10th Floor<br>Philadelphia, PA 19103 |
| James S. Rollins, Esq.<br>Tonya Tymchencko, Esq.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 | David G. Hill, Esq.<br>Halloran & Sage<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 |
| ***and via email and certified mail, return receipt requested to:***<br>Mr. Christopher Plummer<br>New England Equity, Inc.<br>P.O. Box 627<br>Niantic, CT 06357 | Ms. Maureen Clark<br>123 Tipping Rock Road<br>Stonington, CT 06378 |

_____
Jill Hartley

-----Original Message-----
**From:** Riblet, Douglas H.
**Sent:** Friday, September 14, 2007 3:25 PM
**To:** 'clarkmaureen@sbcglobal.net'; 'plummerchristopher@sbcglobal.net'
**Subject:** Stamford Holdings

Dear Maureen and Chris,

I hope all is going well with both of you.

I have received notice of a settlement conference in the above matter which you may note have received. The notice states that the conference is to take place before Thomas P. Smith, Magistrate Judge, on October 12, 2007 at 10:00 am in West Courtroom, 450 Main Street, Hartford. The order also directs that the parties submit "ex parte statements not to exceed four (4) pages directly to Chambers Room 258 at the same address not later than two (2) business days before the conference. The statements may also be faxed to 860-240-3587 and they should discuss the history of settlement negotiations and the parties' confidential settlement positions.

I presume that you are not interested in my attending the conference on your or New England Equity's behalf, and so I would like to obtain permission from the court not to attend. Accordingly, would you please send me an e-mail advising me that I am no longer representing you or NEE in the case, that you will attend the conference without counsel and that you do not want me to be present to represent your interests at the conference.

Hopefully, with such a statement and instructions I can convince Judge Smith that I should not be required to be there.

I look forward to hearing from you.

Doug

P.S. If you did not receive the notice, let me know how you would like me to get it to you.

--

Douglas H. Riblet (mailto:DHR@curtinheefner.com)

Curtin & Heefner, LLP

250 N. Pennsylvania Avenue, Morrisville, PA 19067

Phone: (215) 736-2521  FAX: (215) 736-3647

NJ Office:

1410 South Broad Street, Trenton, NJ 08610

Phone: (609)394-6500  FAX: (609) 394-8801

To learn more about Curtin & Heefner, LLP

Please visit our website at www.curtinheefner.com

**DISCLOSURE PURSUANT TO CIRCULAR 230:** This communication is not intended or written to be used, and cannot be used, by any person for the purpose of (i) Avoiding any tax-related penalties that may be imposed under the Internal Revenue Code or (ii) Promoting, marketing or recommending to another party any tax-related matter addressed herein.

**THE INFORMATION CONTAINED IN THIS EMAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE.** This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or return email and delete the material from any computer, without copying. Although this e-mail is not intended to contain any virus or defect, you are responsible for ensuring that no virus or defect exists that may affect your computer. The sender disclaims any responsibility for any loss or damages arising from any virus or defect associated with this e-mail. Thank you.

-----Original Message-----
**From:** Jill Hartley [mailto:jill@jhartleylaw.com]
**Sent:** Tuesday, September 18, 2007 4:02 PM
**To:** 'plummerchristopher@sbcglobal.net'
**Subject:** Stamford Holdings

Dear Christopher: As you know, I appeared on your behalf in the above-referenced matter as local counsel. I understand that in June of 2007, you filed a pro se appearance and that you have already been advised by Douglas Riblet (your out-of-state counsel) of the settlement conference scheduled in the above-referenced matter for October 12, 2007 and of the deadline for you to submit an "ex parte statement" in connection with this settlement conference not less than 2 business days beforehand.

Like Attorney Riblet, I request that you confirm, via email, that: (1) I am no longer representing you or NEE in the case; and (2) that you wish to attend the conference without me (or any other counsel) and to represent your own interests and those of NEE at that conference.

Jill Hartley
Law Offices of Jill Hartley, LLC
100 Pearl Street, 14th
Hartford, CT 06103
860-249-7143 (telephone)
860-249-7144 (facsimile)



# Curtin & Heefner, LLP

### ATTORNEYS AT LAW

250 N. PENNSYLVANIA AVENUE • BOX 217 • MORRISVILLE, PA 19067
(215) 736-2521 • 800-773-0680 • FAX (215) 736-3647
WWW.CURTINHEEFNER.COM

JOHN W. DONAGHY
FRANK S. GUARRIERI
ALLAN D. GOULDING, JR.
MAUREEN BURKE CARLTON ▲
DOUGLAS H. RIBLET ▲
DEAN P. ARTHUR
YOLANDA KONOPACKA DESIPIO ▲
JOHN J. HART
ROBERT G. LABAR
MATTHEW J. BASS ▲
CAROLYN M. MARO ▲
KYONG H. GROWNEY ▲
FREDRIC D. RUBIN ▲

GILBERT J. GOLDING *
BONNIE S. STEIN ▲ +
ROBERT A. BADMAN, JR. ▲
DAVID J. TRUELOVE ▲
FRANCIS X. STECKLAIR *
ERNEST R. CLOSSER III
ROBERT SZWAJKOS
DANIEL P. MAZO ▲
LISA M. PATTERSON ▲
LISA KOEBBE SCHUBEL ▲
JAMES J. ESPOSITO ▲
VINCENT J. MAGYAR, JR. ▲
REBECCA L. CASAL ▲

* LL.M TAXATION
+ LL.M. TRIAL
▲ ALSO ADMITTED IN NJ

OF COUNSEL
EDWARD I. DOBIN

WILLARD S. CURTIN
1932-1996

RETIRED
WILLIAM F. HEEFNER

September 18, 2007

Maureen Clark
123 Tipping Rock Road
Stonington, CT 06378

Christopher Plummer
PO Box 627
Niantic, CT 06357

Re:   Stamford Holding Company v. Merrill Lynch, Pierce, Fenner and Smith, Inc.,
      Maureen Clark, Christopher Plummer, et al
      Our File No. 5380-34008

Dear Maureen and Christopher:

I hope all is going well with both of you.

I have received the enclosed notice of a settlement conference in the above matter which you may note have received. The notice states that the conference is to take place before Thomas P. Smith, Magistrate Judge, on October 12, 2007 at 10:00 a.m. in West Courtroom, 450 Main Street, Hartford. The order also directs that the parties submit ex parte statements not to exceed four (4) pages directly to Chambers Room 258 at the same address not later than two (2) business days before the conference. The statements may also be faxed to 860-240-3587 and they should discuss the history of settlement negotiations and the parties' confidential settlement positions.

I presume that you are not interested in my attending or your docket counsel Jill Hartley attending the conference on your or New England Equity's behalf, and so I would like to obtain permission from the court not to attend. Accordingly, would you please send me an e-mail advising me that I am no longer representing you or NEE in the case, that you will attend the conference without counsel and that you do not want me to be present to represent your interests at the conference.

Hopefully, with such a statement and instructions we can convince Judge Smith that we should not be required to be there.

I look forward to hearing from you.

Very truly yours,

Douglas H. Riblet
For CURTIN & HEEFNER, LLP

DHR/ns
Enclosure
Cc: Jill Hartley, Esquire