UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1236-CFD-TPS |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN CLARK, *et al*, | : | |
| | : | |
| Defendants. | : | January 14, 2008 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Stamford Holding Company ("Stamford" or "Plaintiff"), by its counsel, Defendant, Ramona E. DeSalvo ("DeSalvo"), and Defendant, Charles J. Irving ("Irving") (collectively, with DeSalvo, "Defendants"), by their respective counsel, hereby stipulate that, pursuant to Federal Rule of Civil Procedure 41(a)(1) and in accordance with the October 12, 2007 Orders of Magistrate Judge Smith, all claims and counterclaims asserted in the above-captioned action be dismissed, in their entirety, with prejudice, and that neither Plaintiff nor Defendants shall seek attorneys' fees, costs, damages, sanctions, or any other relief of any kind against the other in this action.

        Respectfully submitted,

        /s/ Patrick A. Klingman
        James E. Miller  (ct21560)
        Patrick A. Klingman (ct17813)
        Shepherd, Finkelman, Miller & Shah, LLC
        65 Main Street
        Chester, Connecticut  06412
        Telephone: (860) 526-1100
        Facsimile: (860) 526-1120
        jmiller@sfmslaw.com
        pklingman@sfmslaw.com

        Attorneys for Plaintiff

/s/ David G. Hill
David G. Hill (ct13435)
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 297-4628
hill@halloran-sage.com

Attorneys for Defendant
Ramona DeSalvo


/s/ Rex F. Brien
Rex F. Brien (admitted *pro hac vice*)
Christie, Pabarue Mortensen & Young
1880 JFK Boulevard  10th Floor
Philadelphia, Pennsylvania  19103
Telephone: (215) 587-1600
rfbrien@cpmy.com

Edward R. Scofield (ct00455)
Zeldes, Needle & Cooper
1000 Lafayette Boulevard  Suite 500
P.O. Box 1740
Bridgeport, Connecticut 06601
Telephone: (203) 332-5726
escofield@znclaw.com

Attorneys for Defendant
Charles J. Irving

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 14, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ Patrick A. Klingman
Patrick A. Klingman (ct17813)
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, Connecticut  06412
Phone: (860) 526-1100
Fax: (860) 526-1120
E-mail: pklingman@sfmslaw.com