UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STAMFORD HOLDING COMPANY, | : | CIVIL ACTION NO. |
| | : | 3:02-CV-1236-CFD |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MAUREEN CLARK, *et al*, | : | |
| | : | |
| Defendants. | : | January 14, 2007 |

**PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AS TO
*PRO SE* DEFENDANTS, MAUREEN CLARK, CHRISTOPHER PLUMMER, AND
NEW ENGLAND EQUITY, INC.**

Plaintiff, Stamford Holding Company ("Stamford" or "Plaintiff"), through its undersigned counsel, hereby respectfully moves to enforce the October 12, 2007 Settlement Agreement (the "Settlement") entered into between Plaintiff and *pro se* Defendants, Maureen Clark ("Clark"), Christopher Plummer ("Plummer"), and New England Equity Inc. ("NEE") (collectively, "Defendants").

As explained more fully in the accompanying Memorandum of Law, an important part of the Settlement is that the judgment obtained in an action between the same parties pending in the Connecticut Superior Court be marked satisfied. Plaintiff's counsel has provided Defendants with the Satisfaction of Judgment (the "Satisfaction") which will accomplish that part of the Settlement. Thus, the Satisfaction is necessary to fully effectuate the Settlement. To date, however, Defendants have not returned the executed Satisfaction, and have not otherwise communicated with Plaintiff's counsel regarding any suggested changes or perceived deficiencies in the Satisfaction. Therefore, the Court's intervention is required so that an executed

Satisfaction may be filed in the Superior Court, thereby completely fulfilling the terms of the Settlement.

        Respectfully submitted,

        /s/ Patrick A. Klingman
        James E. Miller (ct21560)
        Patrick A. Klingman (ct17813)
        Shepherd, Finkelman, Miller, & Shah, LLC
        65 Main Street
        Chester, CT 06412
        (Tel)(860) 526-1100
        (Fax)(860) 526-1120
        (E-mail) jmiller@sfmslaw.com
        (E-mail) pklingman@sfmslaw.com

        Anthony M. DiMassa (*pro hac vice*)
        DiMassa & Associates Ltd.
        157 Juniper Road
        Havertown, PA 19083-5409
        (Tel)(610) 446-0156
        (Fax)(610) 449-0216
        (E-mail) DiMassa14@aol.com

        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2008, a copy of the foregoing, together with supporting Memorandum of Law and Exhibits attached thereto, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Patrick A. Klingman
Patrick A. Klingman (ct17813)
Shepherd Finkelman Miller & Shah, LLC
65 Main Street
Chester, Connecticut 06412
Phone: (860) 526-1100
Fax: (860) 526-1120
E-mail: pklingman@sfmslaw.com