**EXHIBIT A**

*Stamford Holdings Co. v Clark, et al.*
*3:02 CV 1236 (CFD)*

As between the plaintiff and the defendants Christopher Plummer and Maureen Clark, it is agreed that the Honorable Thomas P. Smith, United States Magistrate Judge, shall enter the following ORDER memorializing the settlement between the aforesaid parties:

The Court, finding no merit in the claims against Christopher Plummer, Maureen Clark, and New England Equity, Inc. ("NEE") hereby ORDERS that the claims against Christopher Plummer, Maureen Clark, and NEE, Inc. are hereby dismissed by agreement, with prejudice and without costs, with the sole exception of the adjudication of the motions for sanctions filed by Plummer and Clark on July 2, 2007 and limited to counsel for plaintiff Stamford Holding Co. The parties expressly agree that neither party may use this Court's finding of "no merit" offensively in connection with this action or any other action in any claims asserted against the parties and/or their counsel. And the judgment entered at civil action # CV-01-0558311-S (J.D. of New London) shall be marked "satisfied" by Christopher Plummer, Maureen Clark, and NEE, Inc.

_____
Edmund L Massullo, M.D.
Stamford Holding Co. and Stamford Holding Corporation by
Edmund Massullo, MD majority/sole shareholder and
authorized corporate representative.

_____
Christopher Plummer, individually

_____
Maureen Clark, individually

_____
New England Equity, Inc. by Christopher Plummer, Vice President
and authorized corporate representative.