# EXHIBIT B

# DI MASSA ASSOCIATES LTD
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS AT LAW

FILE COPY

Fourth Floor
1305 Locust Street
Philadelphia, PA 19107

157 Juniper Road
Havertown, PA 19083-5409
610-446-0156
Telecopier 610-449-0216
**PLEASE REPLY TO HAVERTOWN OFFICE**

December 6, 2007

Mr. Christopher Plummer
P.O. Box 627
Niantic, CT 06357

Maureen Clark
123 Tipping Rock Road
Stonington, CT 06378

Re:   *Stamford Holding Company v. Maureen Clark, et al.*

Dear Mr. Plummer and Ms. Clark:

On November 2, 2007 we forwarded to you correspondence enclosing the required Satisfaction piece which must be executed by Mr. Plummer, Ms. Clark and the corporate representative of New England Equity Inc., and filed with the Clerk of Courts in connection with the Judgment entered in the case of New England Equity et al. v. Edmund A. Massullo, M.D. et al., No. CV-01-0558311-S. Execution of the closing documents was required by November 12, 2007, with the Court extending the time within which to exchange closing documentation by the parties until December 12, 2007. We have yet to receive the executed Satisfaction piece from you concerning the resolution of this case.

The execution of the Mutual Releases between all of the other parties has been completed: accordingly, it would be appreciated if you would forward the executed Satisfaction piece to the undersigned immediately, so that we can conclude this portion of the case as well. I am enclosing herein an additional copy of the Satisfaction piece.

Thank you for your anticipated courtesy and cooperation in this regard.

Very truly yours,

DI MASSA ASSOCIATES LTD

By: _____
Anthony M. Di Massa

AMDM/rd
Enclosure

cc:   The Honorable Thomas P. Smith w/encl.
      David Hill, Esquire w/encl.
      Patrick Klingman, Esquire w/encl.
      Dr. and Mrs. Edmund Massullo

# DI MASSA ASSOCIATES LTD
A PROFESSIONAL CORPORATION
ATTORNEYS & COUNSELORS AT LAW

**FILE COPY**

Fourth Floor
1305 Locust Street
Philadelphia, PA 19107

157 Juniper Road
Havertown, PA 19083-5409
610-446-0156
Telecopier 610-449-0216
**PLEASE REPLY TO HAVERTOWN OFFICE**

November 2, 2007

Mr. Christopher Plummer
P.O. Box 627
Niantic, CT 06357

Maureen Clark
123 Tipping Rock Road
Stonington, CT 06378

Re: *Stamford Holding Company v. Maureen Clark, et al.*

Dear Mr. Plummer and Ms. Clark:

In conformity with the parties agreement to resolve the above stated case, enclosed please find the Satisfaction pieces which must be executed by Mr. Plummer, Ms. Clark, and the corporate representative of New England Equity Inc., and filed with the Clerk of Courts in connection with the Judgment entered in the case of New England Equity et al. v. Edmund A. Massullo, M.D. et al., No. CV-01-0558311-S. Kindly execute the enclosed Satisfaction pieces where indicated, and forward them to my attention immediately for filing with the Court, pursuant to the parties agreement and Magistrate Smith's Order of October 12, 2007.

Thank you for your anticipated courtesy and cooperation in this regard and please feel free to call me if you have any questions concerning this matter.

Very truly yours,

DI MASSA ASSOCIATES LTD

By: _____
Anthony M. Di Massa

AMDM/rd
Enclosure

cc: The Honorable Thomas P. Smith w/encl.
David Hill, Esquire w/encl.
Patrick Klingman, Esquire w/encl.
Dr. and Mrs. Edmund Massullo

| | | |
|---|---|---|
| CV-01-0558311-S | : | SUPERIOR COURT |
| | : | |
| NEW ENGLAND EQUITY INC., | : | JUDICIAL DISTRICT OF |
| MAUREEN CLARK, and CHRISTOPHER | : | NEW LONDON |
| PLUMMER, | : | AT NEW LONDON |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EDMUND A. MASSULLO and ANNE | : | |
| MARIE MASSULLO, | : | |
| | : | |
| Defendants. | : | NOVEMBER __, 2007 |

### SATISFACTION OF JUDGMENT

Pursuant to Practice Book § 6-5, this certifies that the judgment entered by the court in the above-captioned action on or about May 8, 2001 is hereby deemed fully satisfied by the Defendants, Edmund A. Massullo and Anne Marie Massullo, as of October 12, 2007.

THE PLAINTIFFS

New England Equity Inc.

_____

By:

Its:

Maureen Clark, *pro se*

---
Maureen Clark
123 Tipping Rock Road
Stonington, CT 06378-2943


Christopher Plummer, *pro se*

---
Christopher Plummer
191 Main Street
Niantic, CT 06357-3208

Defendants' address:

Edmund A. Massullo
Anne Marie Massullo
4410 Yakata Dora Drive
Youngstown, OH  44511-3322