# EXHIBIT C

**From** Maureen Clark <clarkmaureen@sbcglobal.net>
**Date** 2007/12/09 Sun AM 08:54:05 CST
**To** dimassa14@verizon.net
**Subject** Re: Re:

I will email a fax# tomorrow where I will be to accept it
Thank you
Maureen

----- Original Message ----
From: "dimassa14@verizon.net" <dimassa14@verizon.net>
To: Maureen Clark <clarkmaureen@sbcglobal.net>
Sent: Saturday, December 8, 2007 12:36:12 PM
Subject: Re: Re:

Maureen, I don't think it can be emailed; the Court's electronic filing service only allows me to open the transmission once and print it. I can fax it to you if you give me your fax number; let me know if that's OK. Anthony DiMassa

From: Maureen Clark <clarkmaureen@sbcglobal.net>
Date: 2007/12/08 Sat AM 07:25:16 CST
To: dimassa14@verizon.net
Subject: Re:

Thank you, I have not received a copy, if you could forward by email I would really appreciate it and tend to whatever I need to do I will contact David or Ramona, however if it is at your fingertips please forward .Thank You Maureen

----- Original Message ----
From: "dimassa14@verizon.net" <dimassa14@verizon.net>
To: Maureen Clark <clarkmaureen@sbcglobal.net>
Sent: Friday, December 7, 2007 7:43:50 AM
Subject: Re:

Maureen, the Court entered the "no merit" order re: Clark, Plummer and NEE, Inc., on October 12, 2007. The order was transmitted by email to all parties on that date: if you want a copy, I can fax you one, or you can get a copy from the court docket or from Mr. Hill. Any questions, call me at 610-446-0156.
AMDM

From: Maureen Clark <clarkmaureen@sbcglobal.net>
Date: 2007/12/07 Fri AM 04:41:02 CST
To: dimassa14@verizon.net

Received your letter regarding satisfaction To date have not received the court filing of no merit

http://netmail.verizon.net/webmail/servlet/HttpNimletDriver?nimle...

[Print Message] [Close this window]

**From** Maureen Clark <clarkmaureen@sbcglobal.net>
**Date** 2007/12/13 Thu PM 03:05:43 CST
**To** dimassa14@verizon.net

Received package today
Thank you I will sign and forward, you should receive next week